**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Melinta Therapeutics, Inc., *et al.,* | Case No. 19 – 12748 (LSS)<br>(Jointly Administered) |
| Debtors. | NOTICE OF APPOINTMENT OF<br>COMMITTEE OF UNSECURED CREDITORS |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1.   **Amplity, Inc.,** Attn: Karen Kelly, 1000 Floral Vale Blvd., Suite 440, Yardley, PA 19067, Phone: 201-566-8190

2.   **TrialCard Inc.,** Attn: Jacob Wright, 2250 Perimeter Park Drive Suite 300, Morrisville, NC 27560, Phone: (919) 854-0774, Fax: (919) 781 - 8126

3.   **Lonza, Ltd.,** Attn: Sean Diver, 412 Mount Kemble Ave., Suite 2005, Morristown, NJ 07960, Phone: (201) 249 - 8502

4.   **bioMerieux, Inc.,** Attn: Steven P. Yova, 100 Rodolphe St., Durham, NC 27712, Phone: (919) 620-2209

5.   **Veeva Systems, Inc.,** Attn: Jennifer Kettner, 4 Radnor Corporate Center, Suite 100, 100 Matsonford Rd., Radnor, PA 19087, Phone: (650) 868 - 0001

6.   **D2 Pharma Consulting LLC,** Attn: Judy Rumpler, 400 Chesterfield Center, Suite 400, Chesterfield, MD 63017, Phone: (412) 861 - 7080

7.   **J. Knipper and Company, Inc.,** Attn: John Maher, One Healthcare Way, Lakewood, NJ 08701, Phone: (848) 373 – 7184, Fax: (732) 905 – 0469


            ANDREW R. VARA
            United States Trustee, Regions 3 & 9


            /s/ *Linda Richenderfer* for
            T. PATRICK TINKER
            ASSISTANT UNITED STATES TRUSTEE

DATED: January 14, 2020

Attorney assigned to this Case: Linda Richenderfer, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel: David Hurst, Phone: (302) 485 - 3930