# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>**MELINTA THERAPEUTICS, INC.,** *et al.*,<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 19-12748 (LSS)**<br><br>**Jointly Administered** |

## NOTICE OF ADJOURNMENT OF OMNIBUS HEARING

PLEASE TAKE NOTICE that the omnibus hearing scheduled for January 24, 2020 at 10:00 a.m. (ET) has been adjourned with permission of the Court to January 28, 2020 at 1:30 p.m. (ET) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. All matters scheduled for hearing on January 24, 2020 are adjourned to January 28, 2020 at 1:30 p.m. (ET).

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Melinta Therapeutics, Inc. (0364); Cempra Pharmaceuticals, Inc. (5814); CEM-102 Pharmaceuticals, Inc. (4262); Melinta Subsidiary Corp. (9437); Rempex Pharmaceuticals, Inc. (6000); and Targanta Therapeutics Corporation (1077). The address of the Debtors' corporate headquarters is 44 Whippany Road, Suite 280, Morristown, New Jersey 07960.

Dated: Wilmington, Delaware
January 17, 2020

    MCDERMOTT WILL & EMERY LLP

    /s/ David R. Hurst
    David R. Hurst (I.D. No. 3743)
    The Nemours Building
    1007 North Orange Street, 4th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 485-3900
    Fax: (302) 351-8711

    – and –

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Joseph O. Larkin (I.D. No. 4883)
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-3000
    Fax: (302) 651-3001

    – and –

    Ron E. Meisler
    Albert L. Hogan III
    Christopher M. Dressel
    155 North Wacker Drive
    Chicago, Illinois 60606-1720
    Telephone: (312) 407-0700
    Fax: (312) 407-0411

    *Proposed Counsel to Debtors*
    *and Debtors-in-Possession*