-SIGN-IN SHEET

CASE NAME:    Melinta Therapeutics, Inc.          COURTROOM NO.: 2

CASE NO.      19-12748 LSS                         DATE:      1/28/2020

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David R. Hurst | McDermott Will + Emery | Debtors |
| Ron Meisler | Skadden | '' |
| Chris Dressel | '' | '' |
| Robert Fitzgerald | '' | '' |
| Albert Hogan | '' | '' |
| Gregg Galardi | Ropes + Gray | Yotes |
| Dan Egan | Ropes + Gray | Yotes |
| Mark Desgrosseilliers | Chipman Brown | Vatas |
| Linda Richenderfer | UST | UST |
| Warren Martin | Porzio Bromberg | Official Committee of Unsecured Creditors |
| Rachel Painsi | '' | '' |
| Robert Schachter | '' | '' |
| Bryan Keilson | Morris James | '' |
| Sarah Ennis | Morris James | '' |
| Jacob Adlerstein | Paul Weiss | The Medicines Company |

| CHRISTOPHER HOPKINS | PAUL WEISS | THE MEDICINES (ompany) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Katherine Good | Potter Anderson? Corroon | A. Menarini | | | | | | | | | | | | | |
| Jeremy Ryan | " | " | | | | | | | | | | | | | |
| Dylan Trache | Nelson Mullins | | | | | | | | | | | | | | |
| Carl Tullson | Skadden | Debtors | | | | | | | | | | | | | |
| Kate Stickles | Cole Schotz | Cole Schotz | | | | | | | | | | | | | |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Laurie Selber Silverstein**

**#2**

Calendar Date: 01/28/2020

Calendar Time: 01:30 PM ET

Amended Calendar  Jan 28 2020  8:27AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10335430 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss / LIVE |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10338382 | Aisha Al-Muslim | (212) 416-4948 ext. | The Wall Street Journal | Media, Aisha Al-Muslim / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10337723 | Olya Antle | (202) 776-2056 ext. | Cooley LLP (All Offices) | Interested Party, Entasis / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10344848 | Conor Colpoys | (312) 462-6440 ext. | Houlihan Lokey | Creditor, Deerfield / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10343475 | Daniel Egan | (212) 596-9712 ext. | Ropes & Gray LLP | Creditor, Vatera Health Care Partners LLC / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10346151 | Paul R. Glassman | (424) 214-7021 ext. | Stradling, Yocca, Carlson & Rauth | Creditor, Ligand Pharmaceuticals Inc. / LIVE |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10345207 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10322368 | Shamara R. James | (212) 373-3362 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10343748 | Emily Keil | (312) 984-6473 ext. | McDermott Will & Emery LLP | Debtor, Melinta Therapeutics, Inc. / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10343133 | Roy Leaf | (312) 407-0822 ext. | Skadden, Arps, Slate, Meagher & Flom, LLP | Debtor, Melinta Therapeutics, Inc. / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10340150 | Matthew Linder | (312) 853-7610 ext. | Sidley Austin LLP | Creditor, Jefferies, LLC / LIVE |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10343925 | Olivia Rockeman | (646) 324-6196 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10337714 | Cullen D. Speckhart | (202) 776-2052 ext. | Cooley LLP (All Offices) | Interested Party, Entasis Therapeutics Holdings Inc. / LISTEN ONLY |

| Melinta Therapeutics, Inc. | 19-12748 | Hearing | 10343017 | Rick J. Szambel | (646) 845-0032 ext. | Clear Street, LLC | Interested Party, Clear Street, LLC / LISTEN ONLY |

CourtConfCal2009

Peggy Drasal ext. 802