# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>**MELINTA THERAPEUTICS, INC.,** *et al.*,<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 19-12748 (LSS)**<br><br>**Jointly Administered**<br><br>Related to Docket No. 215 |

### NOTICE OF ADJOURNMENT OF OMNIBUS HEARING
### SCHEDULED FOR JANUARY 31, 2020 AT 9:30 A.M. (ET)

PLEASE TAKE NOTICE THAT the omnibus hearing scheduled for January 31, 2020 at 9:30 a.m. (ET) has been adjourned with permission of the Court to a date to be determined during the week of February 3, 2020. The above-captioned debtors and debtors-in-possession will file a notice of the date and time of the continued hearing once the hearing is scheduled.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Melinta Therapeutics, Inc. (0364); Cempra Pharmaceuticals, Inc. (5814); CEM-102 Pharmaceuticals, Inc. (4262); Melinta Subsidiary Corp. (9437); Rempex Pharmaceuticals, Inc. (6000); and Targanta Therapeutics Corporation (1077). The address of the Debtors' corporate headquarters is 44 Whippany Road, Suite 280, Morristown, New Jersey 07960.

Dated: Wilmington, Delaware
January 30, 2020

        MCDERMOTT WILL & EMERY LLP

        /s/ David R. Hurst
        David R. Hurst (I.D. No. 3743)
        The Nemours Building
        1007 North Orange Street, 4th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 485-3900
        Fax: (302) 351-8711

        – and –

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        Joseph O. Larkin (I.D. No. 4883)
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        – and –

        Ron E. Meisler
        Albert L. Hogan III
        Christopher M. Dressel
        155 North Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Proposed Counsel to Debtors*
        *and Debtors-in-Possession*