**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **MELINTA THERAPEUTICS, INC.,** *et al.*, | **Case No. 19-12748 (LSS)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 21, 2020 AT 11:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN[2]**

**Matters Going Forward**

1.      Motion of Debtors for Order (I) Approving Adequacy of Debtors' Disclosure Statement, (II) Approving Solicitation and Notice Procedures with Respect to Confirmation of Debtors' Proposed Plan of Reorganization, (III) Approving Form of Various Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto (Filed January 17, 2020) [Docket No. 122]

Related Documents:

(a)      Notice of Hearing of Disclosure Statement (Filed January 17, 2020) [Docket No. 115]

(b)      Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed January 17, 2020) [Docket No. 120] (the "**Plan**")

(c)      Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed January 17, 2020) [Docket No. 121] (the "**Disclosure Statement**")

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are: Melinta Therapeutics, Inc. (0364); Cempra Pharmaceuticals, Inc. (5814); CEM-102 Pharmaceuticals, Inc. (4262); Melinta Subsidiary Corp. (9437); Rempex Pharmaceuticals, Inc. (6000); and Targanta Therapeutics Corporation (1077). The address of the Debtors' corporate headquarters is 44 Whippany Road, Suite 280, Morristown, New Jersey 07960.

[2]      The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

(d)     Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed February 19, 2020) [Docket No. TBD]

(e)     Notice of Filing of Amended Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed February 19, 2020) [Docket No. TBD]

Objection Deadline:     February 14, 2020 at 4:00 p.m. (ET), extended for The Medicines Company until February 17, 2020 at 4:00 p.m. (ET); and extended for the Official Committee of Unsecured Creditors until February 17, 2020 at 6:00 p.m. (ET).

Responses Received:

(a)     Limited Objection of the U.S. Securities and Exchange Commission to Approval of the Disclosure Statement and Confirmation of the Debtors' Plan of Reorganization (filed February 14, 2020) [Docket No. 289]

(b)     Objection and Reservation of Rights of United States Trustee to Motion of Debtors for Order (I) Approving Adequacy of Debtors' Disclosure Statement, (II) Approving Solicitation and Notice Procedures with Respect to Confirmation of Debtors' Proposed Plan of Reorganization, (III) Approving Form of Various Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto (Filed February 14, 2020) [Docket No. 290]

(c)     Vatera Healthcare Partners LLC's (A) Objection and Reservation of Rights with Respect to the Debtors' Motion for an Order (I) Approving Adequacy of Debtors' Disclosure Statement, (II) Approving Solicitation and Notice Procedures with Respect to Confirmation of Debtors' Proposed Plan of Reorganization, (III) Approving Form of Various Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto, and (B) Preliminary Objection to Plan Confirmation (Filed February 14, 2020) [Docket No. 291]

(d)     Reservation of Rights of The Medicines Company Regarding the Debtors' Disclosure Statement (Filed February 17, 2020) [Docket No. 293]

(e)     Omnibus Reply of Debtors in Support of Debtors' Disclosure Statement Motion (Filed February 19, 2020) [Docket No. TBD] (the "**Debtors' Reply**")

Status:     This matter will be going forward.  The Debtors will file the Debtors' Reply and amended versions of the Plan and Disclosure Statement on February 19, 2020.

Dated: Wilmington, Delaware
February 19, 2020

MCDERMOTT WILL & EMERY LLP

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
The Nemours Building
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Fax: (302) 351-8711

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Joseph O. Larkin (I.D. No. 4883)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001

– and –

Ron E. Meisler
Albert L. Hogan III
Christopher M. Dressel
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel and Counsel to
Debtors and Debtors-in-Possession*