**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> **MELINTA THERAPEUTICS, INC.,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-12748 (LSS) <br><br> Jointly Administered <br><br> Related to Docket No. 296 |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 21, 2020 AT 11:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN[3]**

**Matters Going Forward**

1. Motion of Debtors for Order (I) Approving Adequacy of Debtors' Disclosure Statement, (II) Approving Solicitation and Notice Procedures with Respect to Confirmation of Debtors' Proposed Plan of Reorganization, (III) Approving Form of Various Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto (Filed January 17, 2020) [Docket No. 122]

   Related Documents:

   (a) Notice of Hearing of Disclosure Statement (Filed January 17, 2020) [Docket No. 115]

   (b) Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed January 17, 2020) [Docket No. 120]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Melinta Therapeutics, Inc. (0364); Cempra Pharmaceuticals, Inc. (5814); CEM-102 Pharmaceuticals, Inc. (4262); Melinta Subsidiary Corp. (9437); Rempex Pharmaceuticals, Inc. (6000); and Targanta Therapeutics Corporation (1077). The address of the Debtors' corporate headquarters is 44 Whippany Road, Suite 280, Morristown, New Jersey 07960.

[2] **Amendments appear in bold print.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

(c)     Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed January 17, 2020) [Docket No. 121]

(d)     Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed February 19, 2020) [Docket No. **305**]

(e)     **Notice of Filing of Amended Order Approving Disclosure Statement and Solicitation and Notice Procedures (Filed February 19, 2020) [Docket No. 306]**

**(f)**     Notice of Filing of Amended Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates (Filed February 19, 2020) [Docket No. **307**]

Objection Deadline:   February 14, 2020 at 4:00 p.m. (ET), extended for The Medicines Company until February 17, 2020 at 4:00 p.m. (ET); and extended for the Official Committee of Unsecured Creditors until February 17, 2020 at 6:00 p.m. (ET).

Responses Received:

(a)     Limited Objection of the U.S. Securities and Exchange Commission to Approval of the Disclosure Statement and Confirmation of the Debtors' Plan of Reorganization (filed February 14, 2020) [Docket No. 289]

(b)     Objection and Reservation of Rights of United States Trustee to Motion of Debtors for Order (I) Approving Adequacy of Debtors' Disclosure Statement, (II) Approving Solicitation and Notice Procedures with Respect to Confirmation of Debtors' Proposed Plan of Reorganization, (III) Approving Form of Various Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto (Filed February 14, 2020) [Docket No. 290]

(c)     Vatera Healthcare Partners LLC's (A) Objection and Reservation of Rights with Respect to the Debtors' Motion for an Order (I) Approving Adequacy of Debtors' Disclosure Statement, (II) Approving Solicitation and Notice Procedures with Respect to Confirmation of Debtors' Proposed Plan of Reorganization, (III) Approving Form of Various Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto, and (B) Preliminary Objection to Plan Confirmation (Filed February 14, 2020) [Docket No. 291]

(d)     Reservation of Rights of The Medicines Company Regarding the Debtors' Disclosure Statement (Filed February 17, 2020) [Docket No. 293]

(e)    Omnibus Reply of Debtors in Support of Debtors' Disclosure Statement Motion (Filed February 19, 2020) [Docket No. **304**]

Status:    This matter will be going forward.

Dated: Wilmington, Delaware
February 19, 2020

            MCDERMOTT WILL & EMERY LLP

            /s/ David R. Hurst
            David R. Hurst (I.D. No. 3743)
            The Nemours Building
            1007 North Orange Street, 4th Floor
            Wilmington, Delaware 19801
            Telephone: (302) 485-3900
            Fax: (302) 351-8711

            – and –

            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
            Joseph O. Larkin (I.D. No. 4883)
            Jason M. Liberi (I.D. No. 4425)
            920 North King Street
            Wilmington, Delaware 19801
            Telephone: (302) 651-3000
            Fax: (302) 651-3001

            – and –

            Ron E. Meisler
            Albert L. Hogan III
            Christopher M. Dressel
            155 North Wacker Drive
            Chicago, Illinois 60606-1720
            Telephone: (312) 407-0700
            Fax: (312) 407-0411

            *Proposed Counsel and Counsel to*
            *Debtors and Debtors-in-Possession*