February 23, 2020

Faiz Ahmad

Richard West                                                                  Ron E Meisler

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP                    &

One Rodney Squre                                                     Christopher M. Dressel

920 North King Street                                                 155 North Wacker Drive

Wilmington, Delaware 19801                                    Chicago, Illinois 60606 - 1720

Objection to Sale Case No. 19-12748 (LSS)

Dear Madam or Sir,

I am writing to object the Sale Order of Melinta Therapeutics Inc., Case No. 19-12748 (LSS).

Melinta Therapeutics, Inc failed to solicit shareholders' vote for the "voluntary bankruptcy proceeding" and failed to disclose material information. No detailed reorganization proposal is ever being provided or disclosed.

Melinta Therapeutics, Inc/Cempra Pharmaceuticals, Inc.is a repetitive offender to violate SEC security laws, omit material information, mislead investors, breach of fiduciary duty, unjust enrichment. There are currently numerous shareholders related active legal claims filed against the company (see September 30, 2019 financial statement Page 21-23 -NOTE 10 – COMMITMENTS AND CONTINGENCIES). And yet the company continues to omit material information, manipulate financial information to defraud investors and the court.

Melinta Therapeutics, Inc awarded below executive/directors 1,345,000 shares in 2019, what will happen with the Company's 2018 Stock Incentive Plan approved for 1,871,028 shares and the already being awarded 1,345,000 shares. Below table shows the awarded shares distribution. How is it be equitable for all executives to retain millions shares under the reorganized company while all other shareholders receive no recovery. Can a legal statement be issued if the company's directors will forgone all awarded Restricted Stock units and there will be no similar replacement stocks or any incentives plan for these directors for the next one or two year as they have obviously failed the company.

| Name | Title of Derivative Security | Number of Shares | Date of Earliest Transaction |
|---|---|---|---|
| Lococo Ryan | Melinta Restricted Stock Units | 100,000 | 10/17/2019 |
| Susan Blum | Melinta Restricted Stock Units | 25,000 | 10/17/2019 |
| Sanfilippo Jennifer A | Melinta Restricted Stock Units | 120,000 | 9/5/2019 |
| Johnson John | Melinta Restricted Stock Units | 50,000 | 5/22/2019 |
| Downey Bruce | Melinta Restricted Stock Units | 30,000 | 6/11/2019 |
| Gill David N | Melinta Restricted Stock Units | 30,000 | 6/11/2019 |
| Zaccardelli David | Melinta Restricted Stock Units | 30,000 | 6/11/2019 |
| Ferro Kevin | Melinta Restricted Stock Units | 30,000 | 6/11/2019 |
| Koestler Thomas P | Melinta Restricted Stock Units | 30,000 | 6/11/2019 |
| Galeota James JR. | Melinta Restricted Stock Units | 30,000 | 6/11/2019 |
| Milligan Peter J | Melinta Restricted Stock Units | 150,000 | 6/11/2019 |
| Cammarata Sue. | Melinta Restricted Stock Units | 120,000 | 5/16/2019 |
| Johnson John | Melinta Restricted Stock Units | 400,000 | 2/22/2019 |
| Timothy Simon | Melinta Restricted Stock Units | 200,000 | 5/16/2019 |
| Total | | 1,345,000 | Shares |

Melinta Therapeutics, Inc failed to disclose below material information.  What happened to below director/owners's stocks? Why there have been no stock sale transactions being reported to SEC that required by Federal Security Law and posted on company website.

| Name | Non-Derivative Securities Acquired | Total Number of Shares following the transaction | Date of Transaction |
|------|-----------------------------------|--------------------------------------------------|---------------------|
| Vatera Healthcare Partners LLC | Common Stock | 16,007,237 | 1/2/2019 |
| VHPM Holdings LLC | Common Stock | 600,722 | 1/2/2019 |
| Johnson John | 13,000 | 37,400 | 6/27/2019 |
| Johnson John | 50,000 | 50,400 | 5/22/2019 |

On October 24, 2019, Melinta Therapeutics, Inc. announced FDA has approved BAXDELA® (delafloxacin) for the treatment of adult patients with community-acquired bacterial pneumonia.  In addition, Melinta Therapeutics, Inc. have four commercial products, Orbactiv® (oritavancin), Minocin® (minocycline) for Injection, Baxdela® (delafloxacin) and Vabomere® (meropenem and vaborbactam).

On November 12, 2019, Melinta Therapeutics, Inc. released financial statement include Goodwill impairment written off in the amount of $176,725,000.  Goodwill and In-process research and development were recorded at $17 million and $19 million respectively as of September 30, 2018 financial statements.  In December 31, 2018, the company conducted a goodwill impairment test to bring it to reflect market capitalization value and wrote off Goodwill impairment in the amount of $25,088,000.  After this goodwill written off, both Goodwill and In-process research and development accounts were depleted to zero as of December 31, 2018.

What was the justifications to reduce Intangible assets by $176,725,000 and bring down the Intangible Assets from $229 million in December 31, 2018 to $40 million in September 30, 2019 financial statement?

Melinta Therapeutics, Inc. Intangible assets include four FDA approved commercial products plus recent approved BAXDELA.  The average useful life for Intangible assets are between 13 to 17 years.  The company also own two pipeline phase 2 clinical trial projects.  In September 30, 2019 financial statement, the company wildly projected cash flow for the next 13-17 years with discounted rate at 22.6% APR, and arrived an outrageous number to reduce 99.98% of Intangible assets just to get court to approve for chapter 11 reorganization.



Melinta Therapeutics, Inc's revenue have steadily gone up from $12 million in second quarter 2018 to $15.8 million in third quarter 2019 except in December 31, 2018 and September 30, 2018 quarters, the revenues were $35 million and $34 million respectively.

Another interesting observation is that Melinta Therapeutics, Inc. prepaid vendors by almost double amount $9.5 million in September 30, 2019 quarter comparing with $5.2 million in previous quarter, and the average prepaid expenses in all past quarters are $5.6 million for the company. Likely, the company was trying to reduce cash balance in order to appear to be more insolvent for the court proceedings. The company has cash and cash equivalent balance of $63.5 million as of September 30, 2019 financial statement.



Lastly, Melinta Therapeutics Inc. is not delinquent in any payment due to Deerfield Management Company, L.P., / ("Credit Facility") and the principal of the Term Loan must be paid by January 5, 2024 which is 3 years away. Further, the Credit Facility do not allow for prepayment until January 2021, and prepayment penalties equal to 2%. Melinta Therapeutics Inc. has been operated under going concern since December 2017 prior the loan agreement and all through present. Deerfield Management Company amended the loan agreement in January 2019 to require year ending December 31, 2019 financial statement with an audit opinion without a going concern qualification reflects excessive demand or ill intention. Deerfield Management Company, L.P has been compensated by charging 11.75% - 14.75% APR for interest rate for up to $240 million loan, currently only $89 million of the $240 million loan was drawn by Melinta Therapeutics Inc. And yet, Deerfield Management Company, L.P want to acquire full ownership of its borrower for additional $51 million after the company's new drug approval and force out existing shareholders with no recovery.

The voluntary bankruptcy proceeding was filed without shareholders' votes and agreed upon, and certainly financial information were grossly manipulated and misleading. Melinta Therapeutics Inc. offers top of the line products and recently has new drug approval and its commercial launch being intentionally delayed to hurt existing shareholders. An "expedited" bankruptcy process with no recovery or no equitable compensation to shareholders is gravely unjust, it serves for similar predatory practices engaged by the companies, which created so many legal complaints. This voluntary bankruptcy proceeding provide no time for the company to search for a better tender offer, and only aids in Deerfield Management Company, L.P and Melinta Therapeutics Inc. executives' efforts to defraud shareholders while they capture all future benefits.

Lin Luo

Phone# 240-676-5824                                                                              Lnnluo@hotmail.com

| | Three Months Ended September 30, | |
| | 2019 | 2018 |
|---|---|---|
| Warrants outstanding | 766,680 | 770,486 |
| Stock options outstanding | 535,474 | 397,429 |
| Restricted stock units outstanding | 1,305,500 | 56,092 |
| | 2,607,654 | 1,224,007 |

## NOTE 10 – COMMITMENTS AND CONTINGENCIES

As discussed in Note 11, on November 3, 2017, Melinta merged with Cempra, Inc. in a business combination. Prior to the merger, on November 4, 2016, a securities class action lawsuit was commenced in the United States District Court, Middle District of North Carolina, Durham Division, naming Cempra, Inc. (now known as Melinta Therapeutics, Inc.) (for purposes of this Contingencies section, "Cempra") and certain of Cempra's officers as defendants. Two substantially similar lawsuits were filed in the United States District Court, Middle District of North Carolina on November 22, 2016, and December 30, 2016, respectively. Pursuant to the Private Securities Litigation Reform Act, on July 6, 2017, the court consolidated the three lawsuits into a single action and appointed a lead plaintiff and co-lead counsel in the consolidated case. On August 16, 2017, the plaintiff filed a consolidated amended complaint. The plaintiff alleged violations of the Securities Exchange Act of 1934 (the "Exchange Act") in connection with allegedly false and misleading statements made by the defendants between July 7, 2015, and November 4, 2016 (the "Class Period"). The plaintiff sought to represent a class comprised of purchasers of Cempra's common stock during the Class Period and sought damages, costs and expenses and such other relief as determined by the court. On September 29, 2017, the defendants filed a motion to dismiss the consolidated amended complaint. After the motion to dismiss was fully briefed, the court heard oral arguments on July 24, 2018. On October 26, 2018, the court granted the defendants' motion to dismiss and dismissed the plaintiff's consolidated amended complaint in its entirety. On November 21, 2018, the plaintiff filed its notice of appeal, and on December 20, 2018, the Fourth Circuit entered its briefing schedule. The appellant filed its brief on January 28, 2019; the appellee filed its response brief on February 27, 2019; and the appellant filed its reply brief on March 20, 2019. The court has not yet ruled on the appeal. We believe that we have meritorious defenses and intend to defend the lawsuit vigorously. It is possible that similar lawsuits may yet be filed in the same or other courts that name the same or additional defendants.

On December 21, 2016, a shareholder derivative lawsuit was commenced in the North Carolina Durham County Superior Court, naming certain of Cempra's former and current officers and directors as defendants and Cempra as a nominal defendant, and asserting claims for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, and corporate waste (the "December 2016 Action"). A substantially similar lawsuit was filed in the North Carolina Durham County Superior Court on February 16, 2017 (the "February 2017 Action"). The complaints are based on similar allegations as asserted in the securities lawsuits described above and seek unspecified damages and attorneys' fees. Both cases were served and transferred to the North Carolina Business Court as mandatory complex business cases. The Business Court consolidated the February 2017 Action into the December 2016 Action and appointed counsel for the plaintiff in the December 2016 Action as lead counsel. On July 6, 2017, the court stayed the action pending resolution of the putative securities class action. That stay was then lifted. The plaintiff filed an amended complaint on December 29, 2017, and was required to file a further amended complaint by February 6, 2018. On February 6, 2018, the plaintiff filed his second amended complaint. On March 8, 2018, the defendants filed their motion to dismiss or, in the alternative, stay the plaintiff's second amended complaint. On April 9, 2018, the plaintiff filed his opposition to the defendants' motion. The defendants filed their reply on April 26, 2018. On June 27, 2018, the parties filed a joint stipulation and consent order to stay the case until (1) 30 days after a final order dismissing the putative securities class action with prejudice is entered; or (2) the parties file a joint stipulation to terminate the stay in the event that a plaintiff in a subsequently filed derivative action makes similar allegations and does not agree to stay the proceedings on substantially the same terms. On June 29, 2018, the court entered an order staying the case pursuant to the joint stipulation, which expired by its term following entry of the court's dismissal order in the above putative securities class action. On November 29, 2018, the parties filed a second joint stipulation to continue the stay until (1) 30 days after the putative securities class action appeal and any appeals therefrom have been resolved; or (2) the parties file a joint stipulation to terminate the stay in the event that a plaintiff in a subsequently filed derivative action makes similar allegations and does not agree to a stay of proceedings on substantially the same terms. On November 30, 2018, the court entered an order staying the case pursuant to the second joint stipulation. We believe that we have meritorious defenses and we intend to defend the lawsuit vigorously. It is possible that similar lawsuits may yet be filed in the same or other courts that name the same or additional defendants.

On January 3, 2018, the plaintiff who commenced the February 2017 Action, which was subsequently consolidated into the December 2016 Action, transmitted to the former Acting Chief Executive Officer of Cempra a litigation demand (the "Demand"). The Demand requested that Cempra's Board of Directors (the "Board") "commence an independent investigation into the matters raised" in the complaint filed in the February 2017 Action and the Demand, "take any and all appropriate steps

for Cempra to recover, through litigation if necessary, the damages proximately caused by the directors' and officers' alleged breaches of fiduciary duty," and "implement corporate governance enhancements to prevent recurrence of the alleged wrongdoing." The Board has not yet formally responded to the Demand.

On July 31, 2017, a shareholder derivative lawsuit was commenced in the Court of Chancery of the State of Delaware, naming certain of Cempra's former and current officers and directors as defendants and Cempra as nominal defendant, and asserting claims for breach of fiduciary duty, unjust enrichment, and corporate waste. The complaint is based on similar allegations as asserted in the putative securities class action described above and seeks unspecified damages and attorneys' fees. On October 23, 2017, the defendants filed a motion to dismiss or, in the alternative, stay, the complaint, which was supported by an opening brief filed on November 9, 2017. On January 8, 2018, the plaintiff filed his answering brief in opposition to the defendants' motion. The defendants filed their reply in support of their motion on February 7, 2018. On June 18, 2018, the parties filed a joint letter (1) indicating they have agreed to stay the case until the pending motion to dismiss in the November 4, 2016, consolidated federal securities action pending in the United States District Court, Middle District of North Carolina, Durham Division is decided; and (2) requesting that the June 22, 2018, oral argument scheduled for the defendants' motion to dismiss be canceled. On June 27, 2018, the parties filed a stipulation and proposed order to stay the case until (1) 30 days after a final order dismissing the November 4, 2016, consolidated federal securities action pending in the United States District Court, Middle District of North Carolina, Durham Division with prejudice is entered; or (2) the parties file a joint stipulation to terminate the stay in the event that a plaintiff in a subsequently filed derivative action makes similar allegations and does not agree to stay the proceedings on substantially the same terms. On June 28, 2018, the court granted the proposed order and stayed the case on such terms, with that stay expiring by its term following entry of the court's dismissal order in the above putative securities class action. On November 28, 2018, the parties filed a joint stipulation agreeing to stay the case, including all discovery, until (1) 30 days after the appeal for the November 4, 2016, consolidated federal securities action pending in the United States District Court, Middle District of North Carolina, Durham Division, and any appeals therefrom, was resolved or (2) the parties file a joint stipulation to terminate the stay in the event that a plaintiff in a subsequently filed derivative action makes similar allegations and does not agree to a stay of proceedings on substantially the same terms. On November 30, 2018, the court stayed the case pursuant to the joint stipulation. We believe that we have meritorious defenses and we intend to defend the lawsuit vigorously. It is possible that similar lawsuits may yet be filed in the same or other courts that name the same or additional defendants.

On September 15, 2017, a shareholder derivative lawsuit was commenced in the United States District Court for the Middle District of North Carolina, Durham Division, naming certain of Cempra's former and current officers and directors as defendants and Cempra as nominal defendant, and asserting claims for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, corporate waste, and violation of Section 14(a) of the Exchange Act. The complaint is based on similar allegations as asserted in the putative securities class action described above and seeks unspecified damages and attorneys' fees. On December 1, 2017, the parties filed a joint motion seeking to stay the shareholder derivative lawsuit pending resolution of the putative securities class action, which stipulation was ordered by the court on December 11, 2017. We believe that we have meritorious defenses and we intend to defend the lawsuit vigorously. It is possible that similar lawsuits may yet be filed in the same or other courts that name the same or additional defendants.

On October 22, 2018, the Company received a litigation demand on behalf of putative Cempra shareholder Dr. Alan Cauldwell (the "Demand"), purporting to reinstate Dr. Cauldwell's previous demand, dated as of January 3, 2018, held in abeyance after further discussion and negotiation with the Company. The Demand appears premised on the same factual allegations as the shareholder derivative lawsuits previously filed against the Company, as detailed above, and requests, in part, that Cempra's board of directors commence an investigation of the misconduct alleged therein. On November 1, 2019, the Company, certain former officers and directors, and Dr. Cauldwell entered into a tolling agreement with respect to the claims asserted in the Demand. We believe that we have meritorious defenses to Dr. Cauldwell's claims, and we intend to defend any litigation relating to the Demand vigorously.

On December 3, 2018, James Naples, a purported Company shareholder, filed a putative class action suit against the Company and its Board of Directors in the Court of Chancery of the State of Delaware, alleging that the Board had breached its fiduciary duties related to a proposed, and subsequently abandoned, $75,000 common stock financing that was contemplated with affiliates of Vatera Holdings LLC. The suit alleged that the Board of Directors breached its fiduciary duties by, among other things, failing to disclose all material information to Company shareholders. The suit sought, among other things, to enjoin the shareholder vote on the financing proposal until additional disclosures were issued. On February 27, 2019, the suit was voluntarily dismissed with prejudice as moot, though the court retained jurisdiction solely for the purpose of adjudicating a claim by the plaintiff for attorneys' fees and expenses. The Company subsequently agreed to pay $350 to plaintiff's counsel for attorneys' fees and expenses in full satisfaction of the claim for attorneys' fees and expenses in the Action. The Court has not been asked to review, and will pass no judgment on, the payment of the attorneys' fees and expenses or their reasonableness. The Court closed the matter on June 6, 2019.

On December 18, 2018, we filed a complaint in the Court of Chancery of the State of Delaware against Medicines for breach of contract claim and fraud arising from the Purchase and Sale Agreement ("Purchase Agreement"), dated November 28, 2017, pursuant to which we acquired the IDB from Medicines (the "Medicines Action"). In the complaint, we alleged claims for damages of at least $68,300. On December 28, 2018, we received a letter from Medicines demanding the payment of Milestone No. 4 under the Agreement and Plan of Merger, dated as of December 3, 2013, among Medicines, Rempex Pharmaceuticals, Inc. and the other parties thereto ("Merger Agreement"), in the amount of $30,000 (a milestone which the Company had assumed as an "Assumed Liability" under the Purchase Agreement). On January 7, 2019, we notified Medicines that we would not be making the Milestone No. 4 payment in the amount of $30,000, or the First Deferred Payment in the amount of $25,000 under the Purchase Agreement, because the Company had asserted claims in the litigation in excess of these amounts. On January 9, 2019, Medicines filed a motion to dismiss our claims, and on March 15, 2019, Medicines filed its Opening Brief in Support of Its Motion to Dismiss. On April 23, 2019, we filed an Amended Complaint alleging claims for damages of at least $80,000. On May 3, 2019, Medicines filed a motion to dismiss our claims in the Amended Complaint. On June 10, 2019, Medicines filed its brief in support of its motion to dismiss. Our answering brief was filed August 2, 2019, and Medicines' reply brief was filed September 6, 2019. The Court was scheduled to hear oral argument on Medicines' motion on September 19, 2019; however, that hearing was removed from the Court's calendar. The Court has not scheduled a new hearing date.

On March 28, 2019, Fortis Advisors LLC, in its capacity as the authorized legal representative of the former shareholders of Rempex Pharmaceuticals, Inc. ("Former Rempex Shareholders"), filed a complaint in the Court of Chancery of the State of Delaware against Medicines and us (the "Fortis Action"). The Former Rempex Shareholders' complaint alleges breach of contract claims against Medicines arising out of the Merger Agreement and alleges a third-party beneficiary claim against us for breach of the Purchase Agreement. The Former Rempex Shareholders' complaint seeks to hold us and Medicines jointly and severally liable for alleged damages of at least $30,000, as well as pre- and post-judgment interest, fees, costs, expenses, and disbursements. On April 18, 2019, we filed a motion to dismiss the Former Rempex Shareholders' claim against us. That motion is fully briefed as of July 25, 2019, and the Court heard oral argument on September 19, 2019. Also on April 18, 2019, Medicines filed its answer to the Former Rempex Shareholders' complaint, as well as a crossclaim against us. On June 21, 2019, Medicines filed a Motion for Judgment on the Pleadings in connection with Count I of its crossclaim and its opening brief in support of that motion. Our answering brief was filed August 7, 2019, and Medicines' reply brief was filed September 11, 2019. The Court heard oral argument on that motion, along with our motion to dismiss the Fortis Action. We filed a motion to consolidate the Fortis Action and the Medicines Action on May 8, 2019, and the Court heard oral argument on that motion on July 8, 2019. No ruling has been issued. We believe that we have meritorious defenses and we intend to defend the lawsuit and crossclaim vigorously.

On September 26, 2019, The Scripps Research Institute filed a lawsuit in the United States District Court for the Southern District of California against Castle Acquisition Corp., Cempra Pharmaceuticals, Inc., Cempra, Inc., Melinta Subsidiary Corp., and Melinta Therapeutics, Inc. The complaint asserts causes of action for breach of contract, quasi contract, and unjust enrichment, and seeks payments related to certain agreements. The lawsuit is at an early stage and we are evaluating the claims asserted and potentially available defenses.

Other than as described above, we are not a party to any legal proceedings and we are not aware of any claims or actions pending or threatened against us. In the future, we might from time to time become involved in litigation relating to claims arising from our ordinary course of business.

## NOTE 11 – SEVERANCE AND EXIT COSTS

A summary of merger and non-merger activity in our severance accrual (included in accrued expenses or long-term liabilities on the condensed consolidated balance sheets) is below.

| | | |
|---|---|---:|
| Balance - December 31, 2018 | $ | 9,767 |
| Additional severance accruals (recorded in SG&A) | | 1,024 |
| Severance payments | | (9,541) |
| Balance - September 30, 2019 | $ | 1,250 |

On September 30, 2019, all of the balance was included in accrued expenses. We also recognized $0 and $218 of additional stock-based compensation expense related to the acceleration of equity awards for terminated employees under ASC 718, *Compensation-Stock Compensation*, as severance expense during the three and nine months ended September 30, 2018. No equity awards were accelerated in 2019.

In March 2019, we terminated our operating lease for our principal research facility in New Haven, Connecticut. In connection with the termination, we agreed to pay the lessor a $462 early termination fee. As a result, we reduced the lease liability equal to the termination fee and recorded a gain of $792, which was recorded in other income (expense).

23

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operation**

*The unaudited interim financial statements and this Management's Discussion and Analysis of Financial Condition and Results of Operations should be read in conjunction with the audited financial statements and notes thereto for the year ended December 31, 2017, and the related Management's Discussion and Analysis of Financial Condition and Results of Operations, both of which are contained in our Annual Report on Form 10-K for the year ended December 31, 2017. As further described in "Note 3 – Merger with Cempra" in our audited financial statements in the Form 10-K, the former private company Melinta was determined to be the accounting acquirer in our November 2017 reverse merger with Cempra and, accordingly, historical financial information for the first quarter of 2017 presented in this Form 10-Q reflects the standalone former private company Melinta and, therefore, period-over-period comparisons may not be meaningful. In addition to historical information, this discussion and analysis contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements are subject to risks and uncertainties, including those set forth under "Part I. Item 1. Business - Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2017, and elsewhere in this report, that could cause actual results to differ materially from historical results or anticipated results.*

**Overview**

We are a commercial-stage pharmaceutical company focused on discovering, developing and commercializing differentiated anti-infectives for the acute care and select community settings to meet critical medical needs in the treatment of bacterial infectious diseases.

We have four commercial products, (i) delafloxacin, distributed under the brand name Baxdela™, (ii) meropenem and vaborbactam as the active pharmaceutical ingredient and distributed under the brand name Vabomere™ ("Vabomere"), (iii) oritavancin as the active pharmaceutical ingredient and distributed under the brand name Orbactiv® ("Orbactiv") and (iv) minocycline as the active pharmaceutical ingredient and distributed under the brand name Minocin® for injection ("Minocin") and line extensions of such products. Melinta is also investigating Baxdela as a treatment for community acquired bacterial pneumonia ("CABP"). We also have a proprietary drug discovery platform, enabling a unique understanding of how antibiotics combat infection, and have generated a pipeline spanning multiple phases of research and clinical development. The formal commercial launch of Baxdela occurred in February 2018.

The accompanying condensed consolidated financial statements have been prepared assuming that we will continue as a going concern. We are not currently generating revenue from operations that is significant relative to its level of operating expenses and do not anticipate generating revenue sufficient to offset operating costs in the short-term to mid-term. We have financed our operations to date principally through the sale of equity securities, debt financing and licensing and collaboration arrangements.

We have incurred losses from operations since our inception and had an accumulated deficit of $592.1 million as of March 31, 2018. We expect to incur substantial expenses and further losses in the foreseeable future for the research, development, and commercialization of our product candidates and approved products. As a result, we will need to fund our operations through public or private equity offerings, debt financings, or corporate collaborations and licensing arrangements. We have concluded it is not yet probable that our current operating plans, existing cash and cash collections from existing revenue arrangements and product sales will be sufficient to fund our operations for the next twelve months.

Management is currently pursuing various funding options, including seeking additional equity or debt financing and grants, as well as a strategic collaboration or partnership to obtain additional funding or expand its product offerings. While the recent acquisition of IDB from The Medicines Company does provide us with incremental revenues, the cost to further develop and commercialize Baxdela and to support the IDB products is expected to significantly exceed revenues for at least the next twelve months. While there can be no assurance that we will be successful in our efforts, we have a strong history of raising equity financing to fund our development activities. Should we be unable to obtain adequate financing on reasonable terms in the near term, the Company's business, result of operations, liquidity and financial condition would be materially and negatively affected, and we would be unable to continue as a going concern. Additionally, there can be no assurance that, assuming we are able to strengthen our cash position, we will achieve sufficient revenue or profitable operations to continue as a going concern. Our history of operating losses, limited cash resources and lack of certainty regarding obtaining significant financing or timing thereof, raise substantial doubt about our ability to continue as a going concern absent a strengthening of our cash position. The financial statements do not include any adjustments relating to the recoverability and classification of liabilities that might be necessary should we be unable to continue as a going concern.

**Recent Developments**

On January 5, 2018, we acquired the IDB from Medicines, including the capital stock of certain subsidiaries of Medicines and certain assets related to its infectious disease business, including Vabomere, Orbactiv and Minocin.

In connection with the acquisition of the IDB, we entered into a new financing agreement, the Facility Agreement, with an affiliate of Deerfield Management Company, L.P. (together with certain funds managed by Deerfield Management Company, L.P.

February 24, 2020

Summary of Claims filed

My name is Lin Luo, born in 1976.  I own 19,543 share of Melinta Therapeutics Inc common stocks as of today. Below are some details.

Bank of America Merill Edge account# IRA-Edge ████ ██H50: 14,158 share of common stocks as of Dec 26, 2019

Acquired 2,575 share on January 13, 2019

Bank of America Merill Edge account# is CMA-Edge ████ ██N69 - 567 share of common stocks

Bank of America Merill Edge account# is Roth IRA-Edge ████ ██K93. - 2,234 share of common stocks

I am a new investor and have invested all of my money with Melinta Therapeutics Inc mainly because of the news for the company's new drug application submission and later approval.  But the FDA approved new drug was delayed its commercial launch and subsequently filed for this voluntary bankruptcy proceeding instead. When I sold 5000 share of Melinta therapeutic Inc, stock on November 14, 2019, I intended the transactions to be LIFO base in order to show more income or less loss for immigration sponsorship of my family.   But the trade platform systems default in FIFO which resulted huge realized loss.  Being a new investor, I learned later on how to click the available button to change cost basis from default FIFO to LIFO, which would have helped to reduce less realized loss.  I have full control of what cost basis and stock to sell.  I provided bank statements for all stocks' purchase price and quality that being acquired.  Therefore, please use average cost basis for my claims.

Thank you,

Lin Luo

11510 Bucknell Drive Apt. 204

Silver Spring MD 20902

Email: lnnluo@hotmail.com    Phone# 240-676-5824

**Fill in this information to identify the case:**

Debtor 1    Lin Luo

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case number    19-12748-LSS

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | | |
| --- | --- | --- |
| 1. **Who is the current creditor?** | Lin Luo | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |
| 2. **Has this claim been acquired from someone else?** | ☑ No | |
| | ☐ Yes. From whom? | |
| 3. **Where should notices and payments to the creditor be sent?** <br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Lin Luo <br> Name <br> 11510 Bucknell Drive Apt 204 <br> Number    Street <br> Silver Spring    MD    20902 <br> City    State    ZIP Code <br><br> Contact phone 240-676-5824 <br> Contact email lnnluo@hotmail.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent?** (if different) <br><br> Name <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> Contact phone <br><br> Contact email |
| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ <br> MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  3   H   5   0

---

**7. How much is the claim?**   $_____55,924.10   **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

14158 quantity stock share of MLNT @ ave purchase prices of 3.95

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/12/2020
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Lin | | Luo |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 11510 Bucknell Drive Apt 204 | | |
| | Number   Street | | |
| | Silver Spring | MD | 20902 |
| | City | State | ZIP Code |
| Contact phone | 240-676-5824 | Email | lnnluo@hotmail.com |

February 12, 2020

Dear Madam or Sir,

My name is Lin Luo, born in 1976, a shareholder of Melinta Therapeutics Inc. Below is a summary of major transactions for my Bank of America Merill Edge account# IRA-Edge ▇▇▇H50. As of December 26, 2019, I own 14,158 shares of Melinta Therapeutics Inc common stock, with average purchase price of $3.95, and the total cost was $55,924.10; I purchased 2,575 share on January 13, 2020 and own 16,733 shares of Melinta Therapeutics Inc as of today, with average purchase price of $3.95, and the total cost was $66,095.23.

| Settlement Date | Purchase Description | Quantity | Price | Amount |
|---|---|---|---|---|
| As of 1/13/2020 | MELINTA THERAPEUTICS INC | 16,733 | $3.95 | $66,095.35 |
| As of 12/26/2019 | MELINTA THERAPEUTICS INC | 14,158 | $3.95 | $55,924.10 |
| | | | | |
| 11/19/2019 | MELINTA THERAPEUTICS INC | (5,000) | $1.74 | ($8,700.00) |
| | | | | |
| 11/14/2019 | MELINTA THERAPEUTICS INC | 1,523 | $2.05 | $3,121.10 |
| 11/7/2019 | MELINTA THERAPEUTICS INC | 594 | $2.07 | $1,229.58 |
| 11/7/2019 | MELINTA THERAPEUTICS INC | 1,107 | $2.55 | $2,822.74 |
| 11/4/2019 | MELINTA THERAPEUTICS INC | 583 | $2.64 | $1,539.12 |
| 10/29/2019 | MELINTA THERAPEUTICS INC | 2,828 | $3.60 | $10,180.80 |
| 10/25/2019 | MELINTA THERAPEUTICS INC | 2,742 | $4.74 | $12,997.08 |
| 10/22/2019 | MELINTA THERAPEUTICS INC | 1,812 | $4.28 | $7,762.31 |
| 10/14/2019 | MELINTA THERAPEUTICS INC | 1,341 | $3.78 | $5,075.93 |
| 10/11/2019 | MELINTA THERAPEUTICS INC | 1,345 | $3.85 | $5,185.20 |
| 10/3/2019 | MELINTA THERAPEUTICS INC | 932 | $3.51 | $3,271.32 |
| 7/18/2019 | MELINTA THERAPEUTICS INC | 1,506 | $4.03 | $6,069.18 |
| 7/15/2019 | MELINTA THERAPEUTICS INC | 1,200 | $5.02 | $6,024.00 |
| 7/15/2019 | MELINTA THERAPEUTICS INC | 680 | $4.85 | $3,298.00 |
| 7/15/2019 | MELINTA THERAPEUTICS INC | 658 | $4.70 | $3,092.60 |
| 7/15/2019 | MELINTA THERAPEUTICS INC | 1,251 | $4.62 | $5,779.62 |
| 7/12/2019 | MELINTA THERAPEUTICS INC | 796 | $5.38 | $4,282.48 |
| 7/10/2019 | MELINTA THERAPEUTICS INC | 340 | $6.26 | $2,128.40 |
| Total | MELINTA THERAPEUTICS INC | 21,238 | $3.95 | $83,859.46 |

Sincerely,

Lin Luo

11510 Bucknell Drive Apt. 204

Silver Spring MD 20902

Email: lnnluo@hotmail.com    Phone# 240-676-5824

# MERRILL
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com

Account Number: ███ 3H50

24-Hour Assistance: (877) 653-4732
Access Code: 22-519-73450

MLPF& S CUST FPO
LIN LUO IRA
FBO LIN LUO
11510 BUCKNELL DR APT 204
SILVER SPRING MD 20902-2801

Net Portfolio Value: $10,059.95

Your Merrill Office:
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

## RETIREMENT ACCOUNT

This account is enrolled in the Preferred Rewards Platinum tier

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (10/01) | $34,467.85 | |
| Total Credits | 0.21 | 36,553.57 |
| Total Debits | - | (8,000.00) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (24,408.11) | (42,510.13) |
| **Closing Value** (12/31) | $10,059.95 | |

October 01, 2019 - December 31, 2019

| ASSETS | December 31 | September 30 |
|---|---|---|
| Cash/Money Accounts | 1.71 | 5.90 |
| Fixed Income | - | - |
| Equities | 10,058.24 | 24,333.90 |
| Mutual Funds | - | 10,128.05 |
| Options | - | - |
| Other/Annuities/Insurance | - | - |
| Subtotal (Long Portfolio) | 10,059.95 | 34,467.85 |
| TOTAL ASSETS | $10,059.95 | $34,467.85 |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| TOTAL LIABILITIES | - | - |
| NET PORTFOLIO VALUE | $10,059.95 | $34,467.85 |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

Investment products:   Are Not FDIC Insured   Are Not Bank Guaranteed   May Lose Value

021

+

For best printing results, change page orientation to landscape.

Account Holdings for    IRA-Edge ▇▇3H50

IRA-Edge ▇▇3H50
**$6,647.54**
+$129.48    +1.99%

| Dow 29,276.34 | -0.48 | -0.00% | NASDAQ 9,638.94 | +10.55 | +0.11% | S&P 500 3,357.75 | +5.66 | +0.17% | 10 Year T-Note | 1.60 | +0.05 | +3.84% |

Real-time quotes

Group by  ◉ Account   ○ Product Class                                    As of 02/11/2020 06:15 PM ET

| Cash available to invest | Settled cash buying power | Unsettled cash |
|---|---|---|
| **$4.96** | **$4.96** | **$0.00** |

| IRA-Edge ▇▇3H50 | Value | Day's Value Change |
|---|---|---|
| | **$6,647.54** | **+$129.48    +1.99%** |

Select view  mint ▾    [Customize view]

| Symbol | Description | Price | Quantity | $ Chg | Day's Price % Chg | Day's Value Change $ | Cost Basis | Value | Unrealize $ Chg |
|---|---|---|---|---|---|---|---|---|---|
| AVGR | AVINGER INC | $0.6401 | 10 | +$0.0116 | +1.85% | +$0.11 | $9.80 | $6.40 | -$3.40 |
| BLCM | BELLICUM | 03:59 PM ET $10.16 | 1 | -$1.19 | -10.49% | -$1.19 | $8.10 | $10.16 | +$2.06 |
| KMPH | KEMPHARM INC SHS | $0.3511 | 10 | -$0.0189 | -5.11% | -$0.19 | $4.20 | $3.51 | -$0.69 |
| KTOV | KITOV PHARMA LTD | $0.7249 | 10 | +$0.0439 | +6.45% | +$0.44 | $7.32 | $7.25 | -$0.07 |
| MBRX | MOLECULIN BIOTECH INC | $0.7506 | 10 | -$0.0044 | -0.58% | -$0.04 | $10.20 | $7.51 | -$2.69 |
| MLNTQ | MELINTA THERAPEUTICS INC | $0.3110 | 16,733 | +$0.0008 | +0.26% | +$13.38 | $24,475.67 | $5,203.96 | -$19,271.71 |
| ONTX | ONCONOVA THERAPEUTICS | $0.5110 | 10 | -$0.0890 | -14.83% | -$0.89 | $2.66 | $5.11 | +$2.45 |
| PTN | PALATIN TECHNOLOGIES INC | $0.6031 | 10 | -$0.1038 | -14.68% | -$1.04 | $8.10 | $6.03 | -$2.07 |
| SVM | SILVERCORP METALS INC | $4.14 | 10 | -$0.09 | -2.13% | -$0.90 | $37.90 | $41.40 | +$3.50 |
| TRXC | TRANSENTERIX INC REG SHS | $1.22 | 1,092 | +$0.11 | +9.91% | +$120.12 | $2,099.50 | $1,332.24 | -$767.26 |
| VBIV | VBI VACCINES INC | $1.57 | 10 | $0.00 | 0.00% | $0.00 | $5.04 | $15.70 | +$10.66 |
| VLRX | VALERITAS HOLDINGS INC | $0.3312 | 10 | -$0.0313 | -8.63% | -$0.32 | $12.80 | $3.31 | -$9.49 |
| **Balances** | | | | | | | | | |
| Money accounts | BANK OF AMERICA, NA RASP | $1.00 | 4.9600 | $0.00 | 0.00% | $0.00 | $4.96 | $4.96 | -- |
| Cash balance | | | | | | | | $0.00 | |
| Pending activity | | | | | | | | $0.00 | |
| **Total** | | | | | | +$129.48 | | $6,647.54 | -$20,038.71 |

Holdings by Product Class Report

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill Lynch or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Money accounts are not adjusted for pending trades.

Real-time market data on this page are for informational purposes only. The accuracy of this data is not warranted.

Quotes provided by Nasdaq Basic.

Information will not appear if a cost basis is not known, a security price is not currently available, or the Gain/(Loss) calculations are not appropriate for the type of holding.

Positions are net and cost basis excludes fractional shares.

Total unit cost represents weighted average acquisition price. It does not imply that any shares were actually purchased at that price.

Quotes provided by Nasdaq Basic.

FAQs  |  Glossary  |  Contact Us  |  Privacy & Security  |  Careers  |  Advertising Practices



**MERRILL**
A BANK OF AMERICA COMPANY

FBO LIN LUO

Account Number: [REDACTED]H50

## YOUR RETIREMENT ACCOUNT ASSETS

October 01, 2019 - December 31, 2019

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.02 | 0.02 | | .02 | | |
| +BANK OF AMERICA, NA RASP | 1.69 | 1.69 | 1.0000 | 1.69 | | .05 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | 1.71 | 1.71 | | 1.71 | | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| AVINGER INC | AVGR | 11/12/19 | 10.0000 | 0.9800 | 9.80 | 1.1400 | 11.40 | 1.60 | |
| BELLICUM PHARMACEUTICALS ORD | BLCM | 10/18/19 | 10.0000 | 0.8100 | 8.10 | 1.2900 | 12.90 | 4.80 | |
| ENCANA CORP CURRENT YIELD 1.59% | ECA | 10/22/19 | 1.0000 | 4.0300 | 4.03 | 4.6900 | 4.69 | .66 | 1 |
| KEMPHARM INC SHS | KMPH | 12/03/19 | 2,000.0000 | 0.4199 | 839.80 | 0.3793 | 758.60 | (81.20) | |
| KITOV PHARMA LTD ADR | KTOV | 10/22/19 | 10.0000 | 0.7320 | 7.32 | 0.7796 | 7.80 | .48 | |
| MELINTA THERAPEUTICS INC | MLNT | 10/25/19 | 570.0000 | 3.6000 | 2,052.00 | 0.5311 | 302.73 | (1,749.27) | |
| | | 10/31/19 | 583.0000 | 2.6400 | 1,539.12 | 0.5311 | 309.63 | (1,229.49) | |
| | | 11/07/19 | 594.0000 | 2.0700 | 1,229.58 | 0.5311 | 315.47 | (914.11) | |
| | | 11/07/19 | 1,107.0000 | 2.5499 | 2,822.74 | 0.5311 | 587.93 | (2,234.81) | |
| | | 11/12/19 | 1,523.0000 | 2.0493 | 3,121.10 | 0.5311 | 808.87 | (2,312.23) | |
| | | 11/13/19 | 1,274.0000 | 1.1200 | 1,426.88 | 0.5311 | 676.62 | (750.26) | |
| | | 11/13/19 | 3,360.0000 | 1.2000 | 4,032.00 | 0.5311 | 1,784.50 | (2,247.50) | |
| | | 11/13/19 | 1,751.0000 | 1.1294 | 1,977.58 | 0.5311 | 929.96 | (1,047.62) | |
| | | 11/18/19 | 2,268.0000 | 1.5700 | 3,560.76 | 0.5311 | 1,204.53 | (2,356.23) | |
| | | 12/26/19 | 1,128.0000 | 1.4700 | 1,658.16 | 0.5311 | 599.08 | (1,059.08) | |
| **Subtotal** | | | 14,158.0000 | | 23,419.92 | | 7,519.32 | (15,900.60) | |

021

3 of 23

FBO LIN LUO

Account Number: ▮▮3H50

**MERRILL**
A BANK OF AMERICA COMPANY

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

June 29, 2019 - September 30, 2019

DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| | NET TOTAL | | | .22 | 204.01 |

SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|-----------------|-------------|------------------|----------|--------------------|--------------------------|-----------------|-------------------------------|
| **Purchases** | | | | | | | |
| 07/08 | MOLECULIN BIOTECH INC<br>SHS CUS NO 60855D101 UNIT PRICE 1.1800 | Purchase | 1,158.0000 | (1,366.44) | | (1,366.44) | |
| 07/09 | ALTA MESA RESOURCES INC<br>CUS NO 02133L109 UNIT PRICE .1456 | Purchase | 6,000.0000 | (873.60) | | (873.60) | |
| 07/09 | FLOTEK INDS INC<br>CUS NO 343389102 UNIT PRICE 3.1900 | Purchase | 1,000.0000 | (3,190.00) | | (3,190.00) | |
| 07/10 | OPKO HEALTH INC<br>CUS NO 68375N103 UNIT PRICE 2.2800 | Purchase | 1,077.0000 | (2,455.56) | (6.95) | (2,462.51) | |
| 07/10 | MEDMEN ENTERPRISES INC<br>CUS NO 58507M107 UNIT PRICE 2.5000 | Purchase | 1,166.0000 | (2,915.00) | | (2,915.00) | |
| 07/10 | MELINTA THERAPEUTICS INC<br>CUS NO 58549G209 UNIT PRICE 6.2600 | Purchase  | 340.0000 | (2,128.40) | (6.95) | (2,135.35) | |
| 07/10 | PALATIN TECHNOLOGIES INC<br>SHS CUS NO 696077403 UNIT PRICE 1.0200 | Purchase | 1,242.0000 | (1,266.84) | | (1,266.84) | |
| 07/11 | PALATIN TECHNOLOGIES INC<br>SHS CUS NO 696077403 UNIT PRICE .9300 | Purchase | 988.0000 | (918.84) | (6.95) | (925.79) | |
| 07/12 | MELINTA THERAPEUTICS INC<br>CUS NO 58549G209 UNIT PRICE 5.3800 | Purchase | 796.0000 | (4,282.48) | (6.95) | (4,289.43) | |
| 07/12 | SELLAS LIFE SCIENCES<br>GROUP INC CUS NO 81642T100 UNIT PRICE .1440 | Purchase | 18,424.0000 | (2,653.06) | (6.95) | (2,660.01) | |
| 07/12 | SELLAS LIFE SCIENCES<br>GROUP INC CUS NO 81642T100 UNIT PRICE .1406 | Purchase | 6,080.0000 | (854.85) | (6.95) | (861.80) | |

015

FBO LIN LUO

Account Number: ____3H50

24-Hour Assistance: (877) 653-4732
Access Code: 22-519-73450

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

June 29, 2019 - September 30, 2019

SECURITY TRANSACTIONS    (continued)

Purchases

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 07/12 | VBI VACCINES INC<br>CUS NO 918223103 UNIT PRICE .8706 | Purchase | 2,000.0000 | (1,741.20) | (6.95) | (1,748.15) | |
| 07/15 | OPKO HEALTH INC<br>CUS NO 68375N103 UNIT PRICE 2.1500 | Purchase | 1,664.0000 | (3,577.60) | (6.95) | (3,584.55) | |
| 07/15 | MELINTA THERAPEUTICS INC<br>CUS NO 58549G209 UNIT PRICE 5.0200 | Purchase | 1,200.0000 | (6,024.00) | (6.95) | (6,030.95) | |
| 07/15 | MELINTA THERAPEUTICS INC<br>CUS NO 58549G209 UNIT PRICE 4.8500 | Purchase | 680.0000 | (3,298.00) | (6.95) | (3,304.95) | |
| 07/15 | MELINTA THERAPEUTICS INC<br>CUS NO 58549G209 UNIT PRICE 4.7000 | Purchase | 658.0000 | (3,092.60) | (6.95) | (3,099.55) | |
| 07/15 | MELINTA THERAPEUTICS INC<br>CUS NO 58549G209 UNIT PRICE 4.6200 | Purchase | 1,251.0000 | (5,779.62) | (6.95) | (5,786.57) | |
| 07/15 | SELLAS LIFE SCIENCES<br>GROUP INC CUS NO 81642T100 UNIT PRICE .1330 | Purchase | 22,388.0000 | (2,977.60) | (6.95) | (2,984.55) | |
| 07/16 | MEDMEN ENTERPRISES INC<br>CUS NO 58507M107 UNIT PRICE 2.2600 | Purchase | 1,414.0000 | (3,195.64) | (6.95) | (3,202.59) | |
| 07/18 | OPKO HEALTH INC<br>CUS NO 68375N103 UNIT PRICE 2.1200 | Purchase | 1,727.0000 | (3,661.24) | (6.95) | (3,668.19) | |
| 07/18 | FUELCELL ENERGY INC<br>CUS NO 35952H601 UNIT PRICE .4000 | Purchase | 2,500.0000 | (1,000.00) | (6.95) | (1,006.95) | |
| 07/18 | FLOTEK INDS INC<br>CUS NO 343389102 UNIT PRICE 3.0600 | Purchase | 1,000.0000 | (3,060.00) | (6.95) | (3,066.95) | |
| 07/18 | FLOTEK INDS INC<br>CUS NO 343389102 UNIT PRICE 3.0300 | Purchase | 361.0000 | (1,093.83) | (6.95) | (1,100.78) | |
| 07/18 | MELINTA THERAPEUTICS INC<br>CUS NO 58549G209 UNIT PRICE 4.0300 | Purchase | 1,506.0000 | (6,069.18) | (6.95) | (6,076.13) | |

015



**MERRILL**
A BANK OF AMERICA COMPANY

FBO LIN LUO

Account Number: ____BH50

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01, 2019 - December 31, 2019

## DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Tax-Exempt Interest** | | | | | |
| 10/17 | BANK OF AMERICA, NA RASP | Interest | | .05 | |
| | PAY DATE 10/16/2019 FROM 09-30 THRU 10-16 CUSIP NUM: 55499U915 | | | | |
| 10/31 | BANK OF AMERICA, NA RASP | Interest | .0100 | | |
| | 0.01000 DIV/INT REINVEST PAY DATE 10/30/2019 FROM 09-30 THRU 10-30 CUSIP NUM: 55499U915 | | | | |
| | BANK OF AMERICA, NA RASP | Income Total | | .01 | |
| | Subtotal (Tax-Exempt Interest) | | | .06 | 4.44 |
| **Tax-Exempt Dividends** | | | | | |
| 12/18 | SILVERCORP METALS INC | * Foreign Dividend | | .13 | |
| | HOLDING 10.0000 PAY DATE 12/18/2019 | | | | |
| 12/31 | ENCANA CORP | * Foreign Dividend | | .02 | |
| | HOLDING 1.0000 PAY DATE 12/31/2019 | | | | |
| | Subtotal (Tax-Exempt Dividends) | | | .15 | 199.78 |
| | NET TOTAL | | | .21 | 204.22 |

## SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 10/04 | MOLECULIN BIOTECH INC | Purchase | 600.0000 | (611.94) | | (611.94) | |
| | SHS CUS NO 60855D101 UNIT PRICE   1.0199 | | | | | | |
| 10/04 | ZTE CORP SHS | Purchase | 800.0000 | (4,176.00) | | (4,176.00) | |
| | CUS NO 98878Q105 UNIT PRICE   5.2200 | | | | | | |
| 10/07 | AVINGER INC | Purchase | 1,000.0000 | (780.00) | | (780.00) | |
| | CUS NO 053734604 UNIT PRICE   .7800 | | | | | | |
| 10/07 | EQT CORP | Purchase | 328.0000 | (3,001.17) | | (3,001.17) | |
| | CUS NO 26884L109 UNIT PRICE   9.1499 | | | | | | |
| 10/07 | MELINTA THERAPEUTICS INC | Purchase | 932.0000 | (3,271.32) | | (3,271.32) | |

* (asterisk mark)

021

FBO LIN LUO

Account Number: ▊▊3H50

24-Hour Assistance: (877) 653-4732
Access Code: 22-519-73450

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01, 2019 - December 31, 2019

SECURITY TRANSACTIONS   (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |
| | CUS NO 58549G209 UNIT PRICE 3.5100 | | | | | | |
| 10/08 | SAVARA INC CUS NO 805111101 UNIT PRICE .9220 | Purchase .9220 | 946.0000 | (872.21) | | (872.21) | |
| 10/09 | ALIBABA GROUP HOLDING LT CUS NO 01609W102 UNIT PRICE 167.6600 | Purchase 167.6600 | 69.0000 | (11,568.54) | | (11,568.54) | |
| 10/09 | SILVERCORP METALS INC CUS NO 82835P103 UNIT PRICE 4.0100 | Purchase 4.0100 | 417.0000 | (1,672.17) | | (1,672.17) | |
| 10/10 | ALIBABA GROUP HOLDING LT CUS NO 01609W102 UNIT PRICE 163.2600 | Purchase 163.2600 | 19.0000 | (3,101.94) | | (3,101.94) | |
| 10/10 | KITOV PHARMA LTD ADR CUS NO 49803V107 UNIT PRICE .7296 | Purchase .7296 | 1,274.0000 | (929.51) | | (929.51) | |
| 10/11 | MEDMEN ENTERPRISES INC CUS NO 58507M107 UNIT PRICE 1.4550 | Purchase 1.4550 | 1,378.0000 | (2,005.04) | | (2,005.04) | |
| 10/15 | BAIDU INC SPON ADR CUS NO 056752108 UNIT PRICE 103.6000 | Purchase 103.6000 | 14.0000 | (1,450.40) | (6.95) | (1,457.35) | |
| 10/15 | OPKO HEALTH INC CUS NO 68375N103 UNIT PRICE 1.9900 | Purchase 1.9900 | 1,000.0000 | (1,990.00) | (6.95) | (1,996.95) | |
| 10/15 | AURORA CANNABIS INC CUS NO 05156X108 UNIT PRICE 3.9000 | Purchase 3.9000 | 512.0000 | (1,996.80) | (6.95) | (2,003.75) | |
| 10/15 | SIENNA BIOPHARMACEUTICALS INC R CUS NO 82622H108 UNIT PRICE .2600 | Purchase | 5,066.0000 | (1,317.16) | (6.95) | (1,324.11) | |
| 10/16 | MELINTA THERAPEUTICS INC CUS NO 58549G209 UNIT PRICE 3.7800 | Purchase 3.7800 | 1,341.0000 | (5,068.98) | (6.95) | (5,075.93) | |
| 10/16 | MELINTA THERAPEUTICS INC CUS NO 58549G209 UNIT PRICE 3.8500 | Purchase 3.8500 | 1,345.0000 | (5,178.25) | (6.95) | (5,185.20) | |
| 10/16 | AURORA CANNABIS INC | Purchase | 1,186.0000 | (4,207.24) | (6.95) | (4,214.19) | |



**MERRILL**
A BANK OF AMERICA COMPANY

FBO LIN LUO

Account Number: ▮▮▮3H50

October 01, 2019 - December 31, 2019

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

SECURITY TRANSACTIONS (continued)

Purchases

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| | CUS NO 05156X108 UNIT PRICE 3.5474 | | | | | | |
| 10/16 | AURORA CANNABIS INC CUS NO 05156X108 UNIT PRICE 3.7600 | Purchase | 489.0000 | (1,838.64) | (6.95) | (1,845.59) | |
| 10/16 | AURORA CANNABIS INC CUS NO 05156X108 UNIT PRICE 3.6900 | Purchase | 479.0000 | (1,767.51) | (6.95) | (1,774.46) | |
| 10/16 | VBI VACCINES INC CUS NO 91822J103 UNIT PRICE .5010 | Purchase | 2,558.0000 | (1,281.56) | (6.95) | (1,288.51) | |
| 10/18 | APHRIA INC SHS CUS NO 03765K104 UNIT PRICE 4.8900 | Purchase | 1,001.0000 | (4,894.89) | (6.95) | (4,901.84) | |
| 10/18 | SIENNA BIOPHARMACEUTICALS INC R CUS NO 82622H108 UNIT PRICE .1820 | Purchase | 5,495.0000 | (1,000.09) | (6.95) | (1,007.04) | |
| 10/21 | ENCANA CORP CUS NO 292505104 UNIT PRICE 4.2100 | Purchase | 562.0000 | (2,366.02) | (6.95) | (2,372.97) | |
| 10/21 | SIENNA BIOPHARMACEUTICALS INC R CUS NO 82622H108 UNIT PRICE .1510 | Purchase | 9,000.0000 | (1,359.00) | (6.95) | (1,365.95) | |
| 10/22 | BELLICUM PHARMACEUTICALS ORD CUS NO 079481107 UNIT PRICE .8060 | Purchase | 1,849.0000 | (1,490.29) | (6.95) | (1,497.24) | |
| 10/22 | ENCANA CORP CUS NO 292505104 UNIT PRICE 4.1000 | Purchase | 474.0000 | (1,943.40) | (6.95) | (1,950.35) | |
| 10/22 | MELINTA THERAPEUTICS INC CUS NO 58549G209 UNIT PRICE 4.2800 | Purchase ✳ | 1,812.0000 | (7,755.36) ✳ | (6.95) | (7,762.31) | |
| 10/22 | TRANSENTERIX INC CUS NO 89366M201 UNIT PRICE .4230 | Purchase | 2,525.0000 | (1,068.08) | (6.95) | (1,075.03) | |
| 10/23 | ENCANA CORP CUS NO 292505104 UNIT PRICE 4.0200 | Purchase | 821.0000 | (3,300.42) | | (3,300.42) | |
| 10/23 | VALERITAS HOLDINGS INC | Purchase | 500.0000 | (635.00) | | (635.00) | |

021

7 of 23

FBO LIN LUO

Account Number: [redacted] BH50

24-Hour Assistance: (877) 653-4732
Access Code: 22-519-73450

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01, 2019 - December 31, 2019

SECURITY TRANSACTIONS   (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| | CUS NO 91914N301 UNIT PRICE | 1.2700 | | | | | |
| **Purchases** | | | | | | | |
| 10/24 | ENCANA CORP CUS NO 292505104 UNIT PRICE | Purchase 4.0300 | 450.0000 | (1,813.50) | | (1,813.50) | |
| 10/24 | KITOV PHARMA LTD ADR CUS NO 49803V107 UNIT PRICE .7320 | Purchase | 2,000.0000 | (1,464.00) | | (1,464.00) | |
| 10/24 | PALATIN TECHNOLOGIES INC SHS CUS NO 696077403 UNIT PRICE .8210 | Purchase | 1,210.0000 | (993.41) | | (993.41) | |
| 10/24 | SILVERCORP METALS INC CUS NO 82835P103 UNIT PRICE 3.7900 | Purchase | 894.0000 | (3,388.26) | | (3,388.26) | |
| 10/24 | SAVARA INC CUS NO 805111101 UNIT PRICE .8640 | Purchase | 1,770.0000 | (1,529.28) | | (1,529.28) | |
| 10/25 | OPKO HEALTH INC CUS NO 68375N103 UNIT PRICE 1.9400 | Purchase | 451.0000 | (874.94) | | (874.94) | |
| 10/25 | OPKO HEALTH INC CUS NO 68375N103 UNIT PRICE 1.8581 | Purchase | 2,115.0000 | (3,929.88) | | (3,929.88) | |
| 10/25 | MELINTA THERAPEUTICS INC CUS NO 58549G209 UNIT PRICE 4.7400 | Purchase ✳ | 2,742.0000 | (12,997.08) | | (12,997.08) | |
| 10/25 | VALERITAS HOLDINGS INC CUS NO 91914N301 UNIT PRICE 1.2800 | Purchase | 448.0000 | (573.44) | | (573.44) | |
| 10/28 | OPKO HEALTH INC CUS NO 68375N103 UNIT PRICE 1.7987 | Purchase | 1,189.0000 | (2,138.70) | | (2,138.70) | |
| 10/28 | OPKO HEALTH INC CUS NO 68375N103 UNIT PRICE 1.6500 | Purchase | 2,522.0000 | (4,161.30) | | (4,161.30) | |
| 10/29 | MELINTA THERAPEUTICS INC CUS NO 58549G209 UNIT PRICE 3.6000 | Purchase ✳ | 2,828.0000 | (10,180.80) | | (10,180.80) | |
| 11/04 | MELINTA THERAPEUTICS INC | Purchase ✳ | 583.0000 | (1,539.12) | | (1,539.12) | |



**MERRILL**
A BANK OF AMERICA COMPANY

FBO LIN LUO

Account Number: [    ]3H50

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01, 2019 - December 31, 2019

SECURITY TRANSACTIONS  (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |
| | CUS NO 58549G209 UNIT PRICE     2.6400 | | | | | | |
| 11/06 | PALATIN TECHNOLOGIES INC | Purchase | 2,469.0000 | (1,999.89) | | (1,999.89) | |
| | SHS CUS NO 696077403 UNIT PRICE     .8100 | | | | | | |
| 11/06 | SIENNA | Purchase | 7,122.0000 | (1,274.84) | | (1,274.84) | |
| | BIOPHARMACEUTICALS INC R CUS NO 82622H108 UNIT PRICE     .1790 | | | | | | |
| 11/12 | MELINTA THERAPEUTICS INC | Purchase | 1,107.0000 | (2,822.74) | | (2,822.74) | |
| | CUS NO 58549G209 UNIT PRICE     2.5499 | | | | | | |
| 11/12 | MELINTA THERAPEUTICS INC | Purchase | 594.0000 | (1,229.58) | | (1,229.58) | |
| | CUS NO 58549G209 UNIT PRICE     2.0700 | | | | | | |
| 11/14 | AVINGER INC | Purchase | 1,713.0000 | (1,678.74) | | (1,678.74) | |
| | CUS NO 053734604 UNIT PRICE     .9800 | | | | | | |
| 11/14 | MELINTA THERAPEUTICS INC | Purchase | 1,523.0000 | (3,121.10) | | (3,121.10) | |
| | CUS NO 58549G209 UNIT PRICE     2.0493 | | | | | | |
| 11/15 | MELINTA THERAPEUTICS INC | Purchase | 3,360.0000 | (4,032.00) | | (4,032.00) | |
| | CUS NO 58549G209 UNIT PRICE     1.2000 | | | | | | |
| 11/15 | MELINTA THERAPEUTICS INC | Purchase | 1,751.0000 | (1,977.58) | | (1,977.58) | |
| | CUS NO 58549G209 UNIT PRICE     1.1294 | | | | | | |
| 11/15 | MELINTA THERAPEUTICS INC | Purchase | 1,274.0000 | (1,426.88) | | (1,426.88) | |
| | CUS NO 58549G209 UNIT PRICE     1.1200 | | | | | | |
| 11/19 | ZTE CORP SHS | Purchase | 418.0000 | (2,299.00) | | (2,299.00) | |
| | CUS NO 98878Q105 UNIT PRICE     5.5000 | | | | | | |
| 11/20 | BELLICUM PHARMACEUTICALS | Purchase | 3,342.0000 | (2,840.70) | | (2,840.70) | |
| | ORD CUS NO 079481107 UNIT PRICE     .8500 | | | | | | |
| 11/20 | MELINTA THERAPEUTICS INC | Purchase | 2,268.0000 | (3,560.76) | | (3,560.76) | |
| | CUS NO 58549G209 UNIT PRICE     1.5700 | | | | | | |
| 11/27 | SIENNA | Purchase | 13,176.0000 | (2,253.10) | | (2,253.10) | |

021

9 of 23

FBO LIN LUO

Account Number: [redacted]3H50

24-Hour Assistance: (877) 653-4732
Access Code: 22-519-73450

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01, 2019 - December 31, 2019

SECURITY TRANSACTIONS  (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| | BIOPHARMACEUTICALS INC R CUS NO 82622H108 UNIT PRICE   .1710 | | | | | | |
| 12/05 | KEMPHARM INC SHS CUS NO 48844S107 UNIT PRICE   .4199 | Purchase | 2,000.0000 | (839.80) | | (839.80) | |
| 12/06 | TRANSENTERIX INC CUS NO 89366M201 UNIT PRICE   .1860 | Purchase | 5,376.0000 | (999.94) | | (999.94) | |
| 12/06 | YIELD10 BIOSCIENCE INC CUS NO 98585K201 UNIT PRICE   .1460 | Purchase | 6,486.0000 | (946.96) | | (946.96) | |
| 12/09 | THERAPEUTICSMD INC CUS NO 88338N107 UNIT PRICE   2.3800 | Purchase | 373.0000 | (887.74) | | (887.74) | |
| 12/12 | TRANSENTERIX INC CUS NO 89366M201 UNIT PRICE   .1710 | Purchase | 587.0000 | (100.38) | | (100.38) | |
| 12/13 | SIENNA BIOPHARMACEUTICALS INC R CUS NO 82622H108 UNIT PRICE   .1440 | Purchase | 19,555.0000 | (2,815.92) | | (2,815.92) | |
| 12/13 | TRANSENTERIX INC CUS NO 89366M201 UNIT PRICE   .1710 | Purchase | 600.0000 | (102.60) | | (102.60) | |
| 12/16 | ONCONOVA THERAPEUTICS INC CUS NO 68232V405 UNIT PRICE   .2660 | Purchase | 5,191.0000 | (1,380.81) | | (1,380.81) | |
| 12/30 | MELINTA THERAPEUTICS INC CUS NO 58549G209 UNIT PRICE   1.4700 ✳ | Purchase | 1,128.0000 | (1,658.16) | | (1,658.16) | |
| | Subtotal (Purchases) | | | (169,731.86) | (125.10) | (169,856.96) | |
| **Sales** | | | | | | | |
| 10/04 | MEDMEN ENTERPRISES INC CUS NO 58507M107 UNIT PRICE   1.4900 | Sale | -10,000.0000 | 14,900.00 | (.31) | 14,899.69 | |
| 10/07 | MEDMEN ENTERPRISES INC CUS NO 58507M107 UNIT PRICE   1.7900 | Sale | -6,690.0000 | 11,975.10 | (.25) | 11,974.85 | |

021

FBO LIN LUO

Account Number: ▮▮3H50

24-Hour Assistance: (877) 653-4732
Access Code: 22-519-73450

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 01, 2019 - December 31, 2019

SECURITY TRANSACTIONS    (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| Sales | | | | | | | |
| 11/19 | MELINTA THERAPEUTICS INC CUS NO 58549G209 UNIT PRICE 1.7400 | Sale | -5,000.0000 | 8,700.00 | (.18) | 8,699.82 | |
| 11/27 | ZTE CORP SHS CUS NO 98878Q105 UNIT PRICE 5.3100 | Sale | -428.0000 | 2,272.68 | (.05) | 2,272.63 | |
| 12/05 | SIENNA BIOPHARMACEUTICALS INC R VSP 11/25/19 13176 $.171 CUS NO 82622H108 UNIT PRICE .2100 | Sale | -13,176.0000 | 2,766.96 | (.06) | 2,766.90 | |
| 12/09 | YIELD10 BIOSCIENCE INC CUS NO 98585K201 UNIT PRICE .1370 | Sale | -6,486.0000 | 888.82 | (.02) | 888.80 | |
| 12/12 | ALIBABA GROUP HOLDING LT CUS NO 01609W102 UNIT PRICE 201.9400 | Sale | -1.0000 | 201.94 | (.01) | 201.93 | |
| 12/13 | BELLICUM PHARMACEUTICALS ORD VSP 11/18/19 3342 $.85 CUS NO 07948I107 UNIT PRICE .8426 | Sale | -3,342.0000 | 2,816.16 | (.06) | 2,816.10 | |
| 12/16 | SIENNA BIOPHARMACEUTICALS INC R CUS NO 82622H108 UNIT PRICE .0705 | Sale | -19,565.0000 | 1,381.23 | (.03) | 1,381.20 | |
| 12/30 | ONCONOVA THERAPEUTICS INC CUS NO 68232V405 UNIT PRICE .3202 | Sale | -5,181.0000 | 1,658.98 | (.03) | 1,658.95 | |
| | Subtotal (Sales) | | | 169,953.23 | (100.67) | 169,852.56 | |
| Other Security Transactions | | | | | | | |
| 12/12 | TRANSENTERIX INC REG SHS PAY DATE 12/12/2019 | Exchange | 459.0000 | | | | |
| 12/12 | TRANSENTERIX INC PAY DATE 12/12/2019 | Exchange | -5,963.0000 | | | | |
| 12/13 | TRANSENTERIX INC REG SHS PAY DATE 12/13/2019 | Exchange | 47.0000 | | | | |
| 12/13 | TRANSENTERIX INC | Exchange | -600.0000 | | | | |

021

**Fill in this information to identify the case:**

Debtor 1    Lin Luo

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Delaware

Case number    19-12748-LSS

---

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Lin Luo<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes.  From whom? _____ |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Lin Luo<br>Name<br>11510 Bucknell Drive Apt 204<br>Number    Street<br>Silver Spring        MD        20902<br>City            State        ZIP Code<br><br>Contact phone  240-676-5824<br>Contact email  lnnluo@hotmail.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br>Number    Street<br>City            State        ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____<br>MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

---

**Fill in this information to identify the case:**

Debtor 1    Lin Luo

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Delaware

Case number    19-12748-LSS

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Lin Luo | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |

| | |
|---|---|
| 2. **Has this claim been acquired from someone else?** | ☑ No |
| | ☐ Yes.  From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Lin Luo | |
| Name | Name |
| 11510 Bucknell Drive Apt 204 | |
| Number     Street | Number     Street |
| Silver Spring        MD        20902 | |
| City          State        ZIP Code | City          State        ZIP Code |
| Contact phone 240-676-5824 | Contact phone |
| Contact email  lnnluo@hotmail.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | |
|---|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No | |
| | ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____ MM / DD / YYYY |

| | |
|---|---|
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
| | ☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __N__ __6__ __9__

**7. How much is the claim?**

$_____3,022.28 . **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

567 quantity stock share of MLNT @ ave purchase prices of 3.95

**9. Is all or part of the claim secured?**

☑ No
☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                          $_____
**Amount of the claim that is secured:**       $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/12/2020
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Lin | | Luo |
|---|---|---|---|
| | First name | Middle name | Last name |

Title _____

Company _____

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   11510 Bucknell Drive Apt 204
          Number      Street

          Silver Spring                    MD        20902
          City                             State     ZIP Code

Contact phone   240-676-5824              Email   lnnluo@hotmail.com

February 12, 2020

Dear Madam or Sir,

My name is Lin Luo, born in 1976. My Bank of America Merill Edge account# is CMA-Edge 3N69.

I own 567 share of common stocks of Melinta Therapeutics Inc.as of December 26, 2019 and as of today, with average unit cost of $5.33 and total cost of $3,022.28.

Sincerely,

Lin Luo

11510 Bucknell Drive Apt. 204

Silver Spring MD 20902

Email: lnnluo@hotmail.com    Phone# 240-676-5824



**MERRILL**
A BANK OF AMERICA COMPANY

LIN LUO

Account Number: [    ]N69

## YOUR CMA ASSETS

November 30, 2019 - December 31, 2019

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.25 | 0.25 | | .25 | | .05 |
| +ML DIRECT DEPOSIT PROGRAM | 29.00 | 29.00 | 1.0000 | 29.00 | | .03 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 29.25 | | 29.25 | | |

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| MELINTA THERAPEUTICS INC | MLNT | 10/23/19 | 196.0000 | 4.4600 ✱✱ | 874.17◆ | 0.5311 | 104.10 | (770.07) | |
| | | 10/23/19 | 371.0000 | 5.7900 | 2,148.11◆ | 0.5311 | 197.04 | (1,951.07) | |
| Subtotal | | | 567.0000 | | 3,022.28 | | 301.14 | (2,721.14) | |
| **TOTAL** | | | | | 3,022.28 | | 301.14 | (2,721.14) | |

| LONG PORTFOLIO | | | | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | 3,051.53 | 330.39 | (2,721.14) | | |

**Notes**
◆ Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to include the holding period of the lot closed by that previous "Wash Sale".

## YOUR CMA TRANSACTIONS

| DIVIDENDS/INTEREST INCOME TRANSACTIONS Date Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|
| Taxable Interest | | | | .11 |
| Subtotal (Taxable Interest) | | | | |
| **NET TOTAL** | | | | .11 |

021

+

For best printing results, change page orientation to landscape.

Account Holdings for    CMA-Edge ▮8N69

CMA-Edge ▮8N69
**$187.93**
-$27.78    -12.89%

| Dow 29,379.77 +88.92 +0.30% | NASDAQ 9,572.15 +63.47 +0.67% | S&P 500 3,345.78 +11.09 +0.33% | 10 Year T-Note 1.64 -0.00 | -0.12%  Real-time quotes |

Group by  ⦿ Account   ○ Product Class                                          As of 02/06/2020 07:31 PM ET

| Cash available to invest | Settled cash buying power | Unsettled cash | Cash available to withdraw |
|---|---|---|---|
| $0.25 | $0.25 | $0.00 | $0.25 |

CMA-Edge ▮8N69

| | | Value | Day's Value Change | | Uni |
|---|---|---|---|---|---|
| | | $187.93 | -$27.78 | -12.89% | -$2,83 |

Select view  lin ▾    Customize view

| Symbol | Description | Price | Unit Cost | Quantity | Cost Basis | $ Chg | Day's Price % Chg | Value | Day's Value Change $ | Ur $ |
|---|---|---|---|---|---|---|---|---|---|---|
| MLNTQ | MELINTA THERAPEUTICS INC | $0.3310 | $5.33 | 567 | $3,022.28 | -$0.0490 | -12.90% | $187.68 | -$27.78 | -$2,83 |
| **Balances** | | | | | | | | | | |
| Cash balance | | | | | | | | $0.25 | | |
| Pending activity | | | | | | | | $0.00 | | |
| **Total** | | | | | | | | $187.93 | -$27.78 | -$2,83 |

Holdings by Product Class Report

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill Lynch or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Real-time market data on this page are for informational purposes only. The accuracy of this data is not warranted.

Quotes provided by Nasdaq Basic.

Information will not appear if a cost basis is not known, a security price is not currently available, or the Gain/(Loss) calculations are not appropriate for the type of holding.

Positions are net and cost basis excludes fractional shares.

Total unit cost represents weighted average acquisition price. It does not imply that any shares were actually purchased at that price

Quotes provided by Nasdaq Basic.

FAQs  |  Glossary  |  Contact Us  |  Privacy & Security  |  Careers  |  Advertising Practices

Site Map  |  Mobile Site  |  Forms & Applications  |  Web Accessibility  |  Fees (PDF)  |  ATM Locator  |  Legal Information  |  Routing & Executions  |  Software Requirements  |  Financial Information  |  Deposit Account & Money Fund Rates (PDF)  |  Co-Browse

System availability and response time are subject to market conditions and possible unscheduled outages.

Market data provided by FactSet unless otherwise specified.

**Investing involves risks. There is always the potential of losing money when you invest in securities.**

Bank of America, Merrill, their affiliates, and advisors do not provide legal, tax, or accounting advice. Clients should consult their legal and/or tax advisors before making any financial decisions.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp.").

Merrill Lynch Life Agency Inc. (MLLA) is a licensed insurance agency and wholly owned subsidiary of BofA Corp.

Bank of America, N.A. U.S Trust Company of Delaware, MLLA and MLPF&S, a registered broker-dealer and Member Securities Investor Protection Corporation (SIPC), are wholly owned subsidiaries of BofA Corp.

Trust and fiduciary services are provided by Bank of America, N.A., Member FDIC, or U.S. Trust Company of Delaware. Both are wholly owned subsidiaries of BofA Corp.

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products offered through MLPF&S and insurance and annuity products offered through MLLA:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|
| Are Not Deposits | Are Not Insured by Any Federal Government Agency | Are Not a Condition to Any Banking Service or Activity |

## MERRILL
### A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com

Account Number: ███ 3N69

24-Hour Assistance: (877) 653-4732
Access Code: 22-549-78669

LIN LUO
11510 BUCKNELL DR APT 204
SILVER SPRING MD 20902-2801

**Net Portfolio Value:** $330.39

Your Merrill Office:
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

## ◼ CMA® ACCOUNT

This account is enrolled in the Preferred Rewards Platinum tier

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (11/30) | $3,329.27 | |
| Total Credits | 980.00 | 23,470.11 |
| Total Debits | (3,750.00) | (18,267.00) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (228.88) | (4,872.72) |
| **Closing Value** (12/31) | $330.39 | |

November 30, 2019 - December 31, 2019

| ASSETS | December 31 | November 29 |
|---|---|---|
| Cash/Money Accounts | 29.25 | 1.40 |
| Fixed Income | - | - |
| Equities | 301.14 | 3,327.87 |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| Subtotal (Long Portfolio) | 330.39 | 3,329.27 |
| TOTAL ASSETS | $330.39 | $3,329.27 |
| **LIABILITIES** | | |
| Debit Balance | - | - |
| Short Market Value | - | - |
| TOTAL LIABILITIES | - | - |
| NET PORTFOLIO VALUE | $330.39 | $3,329.27 |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

Investment products:  | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

1 of 7

021

+

**Part 2:**    Give Information About the Claim as of the Date the Case Was Filed

---

6. **Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __8__ __K__ __9__ __3__

---

7. **How much is the claim?**    $_____ 3,283.98 **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

2,234 quantity stock share of MLNT @ ave purchase prices of 3.95

---

9. **Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**

     ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
     ☐ Motor vehicle
     ☐ Other. Describe: _____

     **Basis for perfection:** _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     **Value of property:**    $_____
     **Amount of the claim that is secured:**    $_____
     **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     **Amount necessary to cure any default as of the date of the petition:**    $_____

     **Annual Interest Rate** (when case was filed) _____%
     ☐ Fixed
     ☐ Variable

---

10. **Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

---

**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com

Account Number: ████3K93

24-Hour Assistance: (877) 653-4732
Access Code: 22-209-78593

Net Portfolio Value: $1,211.59

MLPF&S CUST FPO
LIN LUO RRA
FBO LIN LUO
11510 BUCKNELL DR APT 204
SILVER SPRING MD 20902-2801

Your Merrill Office:
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

## RETIREMENT ACCOUNT

This account is enrolled in the Preferred Rewards Platinum tier

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (10/01) | $1,209.01 | $1,209.01 |
| Total Credits | 0.07 | 1,558.08 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | 2.51 | (346.49) |
| **Closing Value** (12/31) | $1,211.59 | $1,211.59 |

October 01, 2019 - December 31, 2019

| ASSETS | December 31 | September 30 |
|---|---|---|
| Cash/Money Accounts | 0.71 | 1.76 |
| Fixed Income | - | - |
| Equities | 1,210.88 | 1,207.25 |
| Mutual Funds | - | - |
| Options | - | - |
| Other/Annuities/Insurance | - | - |
| Subtotal (Long Portfolio) | 1,211.59 | 1,209.01 |
| TOTAL ASSETS | $1,211.59 | $1,209.01 |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| TOTAL LIABILITIES | - | - |
| NET PORTFOLIO VALUE | $1,211.59 | $1,209.01 |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

Investment products:  Are Not FDIC Insured  |  Are Not Bank Guaranteed  |  May Lose Value

017

For best printing results, change page orientation to landscape.

| Account Holdings for | Roth IRA-Edge ▮8K93 | | | | | Roth IRA-Edge ▮...▮ |
|---|---|---|---|---|---|---|
| | | | | | | $761.36 |
| | | | | | | -$110.77    -12.71% |

Dow 29,379.77  +88.92    +0.30%      NASDAQ 9,572.15  +63.47    +0.67%      S&P 500 3,345.78  +11.09    +0.33%      10 Year T-Note 1.64  -0.00    -0.12%
Real-time quotes

**Group by**  ◉ Account    ○ Product Class                                                                                  As of 02/06/2020 07:29 PM ET

| Cash available to invest | Settled cash buying power | Unsettled cash |
|---|---|---|
| $0.71 | $0.71 | $0.00 |

| Roth IRA-Edge ▮8K93 | | | | | | | Value | Day's Value Change | | Uni |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $761.36 | -$110.77    -12.71% | | -$2,5... |

**Select view** |luo ▾|    | Customize view |

| Symbol | Description | Price | Unit Cost | Quantity | Cost Basis | $ Chg | Day's Price % Chg | Value | Day's Value Change $ | Ur $ |
|---|---|---|---|---|---|---|---|---|---|---|
| MLNTQ | MELINTA THERAPEUTICS INC | $0.3310 | $1.47 | 2,234 ✳ | $3,283.98 ✳ | -$0.0490 | -12.90% | $739.45 | -$109.47 | -$2,54 |
| RMTI | ROCKWELL MEDICAL TECH | $2.12 | $2.02 | 10 | $20.20 | -$0.13 | -5.78% | $21.20 | -$1.30 | +$ |
| **Balances** | | | | | | | | | | |
| Cash balance | | | | | | | | $0.71 | | |
| Pending activity | | | | | | | | $0.00 | | |
| **Total** | | | | | | | | **$751.36** | **-$110.77** | **-$2,54** |

Holdings by Product Class Report

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill Lynch or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Real-time market data on this page are for informational purposes only. The accuracy of this data is not warranted.

Quotes provided by Nasdaq Basic.

Information will not appear if a cost basis is not known, a security price is not currently available, or the Gain/(Loss) calculations are not appropriate for the type of holding.

Positions are net and cost basis excludes fractional shares.

Total unit cost represents weighted average acquisition price. It does not imply that any shares were actually purchased at that price.

Quotes provided by Nasdaq Basic.

---

FAQs  |   Glossary  |   Contact Us  |   Privacy & Security  |   Careers  |   Advertising Practices

Site Map  |   Mobile Site  |   Forms & Applications  |   Web Accessibility  |   Fees (PDF)  |   ATM Locator  |   Legal Information  |   Routing & Executions  |   Software Requirements  |   Financial Information  |   Deposit Account & Money Fund Rates (PCF)  |   Co-Browse

System availability and response time are subject to market conditions and possible unscheduled outages.

Market data provided by FactSet unless otherwise specified.

**Investing involves risks. There is always the potential of losing money when you invest in securities.**

Bank of America, Merrill, their affiliates, and advisors do not provide legal, tax, or accounting advice. Clients should consult their legal and/or tax advisors before making any financial decisions.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp.").

Merrill Lynch Life Agency Inc. (MLLA) is a licensed insurance agency and wholly owned subsidiary of BofA Corp.

Bank of America, N.A., U.S Trust Company of Delaware, MLLA and MLPF&S, a registered broker-dealer and Member Securities Investor Protection Corporation (SIPC), are wholly owned subsidiaries of BofA Corp.

Trust and fiduciary services are provided by Bank of America, N.A., Member FDIC, or U.S. Trust Company of Delaware. Both are wholly owned subsidiaries of BofA Corp.

Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

**Investment products offered through MLPF&S and insurance and annuity products offered through MLLA:**

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|



**MERRILL**
A BANK OF AMERICA COMPANY

FBO LIN LUO

Account Number: [        ]8K93

October 01, 2019 - December 31, 2019

# YOUR RETIREMENT ACCOUNT ASSETS

## CASH/MONEY ACCOUNTS

| Description | | | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|---|---|
| CASH | | | 0.71 | 0.71 | | .71 | | |

## EQUITIES

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| MELINTA THERAPEUTICS INC | MLNT | 12/26/19 | 2,234.0000 | 1.4700 | 3,283.98 | 0.5311 | 1,186.48 | (2,097.50) | |
| ROCKWELL MEDICAL TECH | RMTI | 11/04/19 | 10.0000 | 2.0200 | 20.20 | 2.4400 | 24.40 | 4.20 | |
| TOTAL | | | | | 3,304.18 | | 1,210.88 | (2,093.30) | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market/ Contract Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| | | | | | |
| TOTAL | 3,304.89 | 1,211.59 | (2,093.30) | | |

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

## DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Tax-Exempt Interest** | | | | | |
| 11/05 | BANK OF AMERICA, NA RASP | Interest | | | .01 |
| | PAY DATE 11/04/2019 FROM 10-31 THRU 11-04 CUSIP NUM: 55499U915 | | | | |
| 12/31 | BANK OF AMERICA, NA RASP | Interest | | | .06 |
| | PAY DATE 12/30/2019 FROM 11-29 THRU 12-30 CUSIP NUM: 55499U915 | | | | |
| | Subtotal (Tax-Exempt Interest) | | | | .07 |
| | NET TOTAL | | | | .07 |

## SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 10/01 | MEDMEN ENTERPRISES INC | Purchase | 852.0000 | (1,286.52) | (6.95) | (1,293.47) | |

+

February 12, 2020

Dear Madam or Sir,

My name is Lin Luo, born in 1976.  My Bank of America Merill Edge account# is **Roth IRA-Edge**  **BK93.**

I own 2,234 share of common stocks of Melinta Therapeutics Inc. as of December 26, 2019 and as of today, with average unit cost of $1.47 and total cost of $3,283.98.

Sincerely,

Lin Luo

11510 Bucknell Drive Apt. 204

Silver Spring MD 20902

Email: lnnluo@hotmail.com   Phone# 240-676-5824

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/12/2020
                   MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Lin | | Luo |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 11510 Bucknell Drive Apt 204 | | |
| | Number       Street | | |
| | Silver Spring | MD | 20902 |
| | City | State | ZIP Code |
| Contact phone | 240-676-5824 | Email | lnnluo@hotmail.com |