

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

Laurie Selber Silverstein
Judge

824 N. Market Street
Wilmington, DE 19801
(302) 252-2900

April 28, 2020

**Via CM/ECF Notification:**

Joseph O. Larkin
Jason M. Liberi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

David R. Hurst
McDermott Will & Emery LLP
The Nemours Building
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801

Ron E. Meisler
Albert L. Hogan
Christopher M. Dressel
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

      Re:    Melinta Therapeutics, Inc., et al., Case No. 19-12748 (LSS)
                  <u>Docket Items: 520, 545, 546</u>

Dear Counsel:

      On April 21, 2020, the Clerk of the Court received and docketed:

1. Letter regarding Motion to Request Recount General Unsecured Claim Ballots and Reevaluation of Intangible Assets and Motion to Cancel Sale order No. 19-12748. Filed by Lin Luo. [Docket No. 545].

2. Letter regarding the vote Ballot tabulations process. Filed by Ralph J. Pini. [Docket No. 546].

I am treating these filings as motions to reconsider the order entered April 11, 2020, entitled: Findings of Fact, Conclusions of Law, and Order Confirming Modified Amended Joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and Its Debtor Affiliates [Docket No. 520].

Melinta Therapeutics, Inc., et al.
April 28, 2020
Page 2

All parties in interest have until May 12th to respond to the motions.  I will determine if oral argument is required after the submission deadline has passed, and I have had the opportunity to give due consideration to all timely responses.


Very truly yours,

Laurie Selber Silverstein

LSS/cmb