## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| MELINTA THERAPEUTICS, INC., *et al.*, | Case No. 19-12748 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Obj Deadline: June 25, 2020 at 4:00 p.m. (ET)** |
| | **Hearing Date: July 7, 2020 at 10:00 a.m. (ET)** |

**FINAL FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF <u>JANUARY 16, 2020 THROUGH APRIL 20, 2020</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 12, 2020 (Effective January 16, 2020) |
| Period for which compensation and reimbursement are sought: | January 16, 2020 through April 20, 2020 (The "Final Application Period") |
| Amount of final compensation sought as actual, reasonable, and necessary: | $1,039,349.00[2] |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $4,325.75 |

This is an:    ___ monthly    ___ interim    _X_ final application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Melinta Therapeutics, Inc. (0364); Cempra Pharmaceuticals, Inc. (5814); CEM-102 Pharmaceuticals, Inc. (4262); Melinta Subsidiary Corp. (9437); Rempex Pharmaceuticals, Inc. (6000); and Targanta Therapeutics Corporation (1077). The address of the Debtors' corporate headquarters is 44 Whippany Road, Suite 280, Morristown, New Jersey 07960.

11713740/1

Prior Applications:

| Docket No. Filed | Compensation Period | Requested | | PAID | | OUTSTANDING | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees [80%] | Expenses | Fees | Expenses |
| 422 | 1/16/20 – 1/31/20 | $291,626.75 | $793.27 | $233,301.40 | $793.27 | $58,325.35 | $0.00 |
| 436 | 2/01/20 – 2/29/20 | $314,967.25 | $564.02 | $251,973.80 | $564.02 | $62,993.45 | $0.00 |
| 569 | 3/01/20 – 3/31/20 | $270,579.00 | $2,825.21 | $216,463.20 | $2,825.21 | $54,115.80 | $0.00 |
| 573 | 4/01/20 – 4/20/20 | $151,059.50 | $143.25 | $120,847.60 | $143.25 | $30,211.90 | $0.00 |
| Filed Herewith | Fees related to Third Monthly Fee Application | $692.50 | $0.00 | $0.00 | $0.00 | $692.50 | $0.00 |
| Filed Herewith | Fees related to Fourth Monthly Fee Application | $5,984.00 | $0.00 | $0.00 | $0.00 | $5,984.00 | $0.00 |
| Filed Herewith | Fees related to Final Fee Application | $4,440.00 | $0.00 | $0.00 | $0.00 | $4,440.00 | $0.00 |
| **Total** | | **$1,039,349.00** | **$4,325.75** | **$822,586.00** | **$4,325.75** | **$216,763.00** | **$0.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Subtotal** | | **$1,028,232.50** | **$4,325.75** | **$822,586.00** | **$4,325.75** | **$205,646.50** | **$0.00** |
| Plus: Fees related to Fee Application Preparation (post-Effective Date) | | $11,116.50 | $0.00 | $0.00 | $0.00 | $11,116.50 | $0.00 |
| **Grand Total** | | **$1,039,349.00** | **$4,325.75** | **$822,586.00** | **$4,325.75** | **$216,763.00** | **$0.00** |

**COMPENSATION BY TIMEKEEPER
DURING THE FINAL APPLICATION PERIOD
JANUARY 16, 2020 TO APRIL 20, 2020**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gumbs, Sean | Sr Managing Dir | $ 1,125 | 259.0 | $ 291,375.00 |
| Henn, Bradley | Sr Managing Dir | 985 | 6.3 | 6,205.50 |
| Imhoff, Dewey | Sr Managing Dir | 1,125 | 2.5 | 2,812.50 |
| Joffe, Steven | Sr Managing Dir | 1,125 | 6.7 | 7,537.50 |
| Star, Samuel | Sr Managing Dir | 1,125 | 0.2 | 225.00 |
| Tully, Conor | Sr Managing Dir | 1,085 | 139.8 | 151,683.00 |
| Zucker, Clifford | Sr Managing Dir | 985 | 4.5 | 4,432.50 |
| Park, Ji Yon | Managing Dir | 905 | 172.8 | 156,384.00 |
| Roemer, Elise | Senior Director | 630 | 0.7 | 441.00 |
| Patel, Nirav | Senior Director | 605 | 0.9 | 544.50 |
| Suric, Emil | Senior Director | 735 | 36.5 | 26,827.50 |
| Pimple, Paresh | Director | 575 | 3.9 | 2,242.50 |
| Sombuntham, Natalie | Director | 735 | 375.1 | 253,506.00 |
| Guminski, Henry | Sr Consultant | 350 | 2.1 | 735.00 |
| Garfunkel, Joshua | Consultant | 415 | 231.6 | 96,114.00 |
| Hernandez Hernandez, Heber | Consultant | 300 | 0.2 | 60.00 |
| Nguyen, Tracy | Consultant | 300 | 4.0 | 1,200.00 |
| McQuillan, Kieran | Consultant | 455 | 69.9 | 31,804.50 |
| Hellmund-Mora, Marili | Project Asst | 280 | 7.5 | 2,100.00 |
| **Subtotal** | | | **1,324.2** | **$ 1,036,230.00** |
| Less 50% discount for non-working travel time | | | | (7,997.50) |
| **Grand Total** | | | | **$ 1,028,232.50** |

**COMPENSATION BY PROJECT CATEGORY**
**DURING THE FINAL APPLICATION PERIOD**
**JANUARY 16, 2020 TO APRIL 20, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 5.8 | $ 4,912.50 |
| 2 | Cash & Liquidity Analysis | 59.9 | 42,933.50 |
| 4 | Trade Vendor Issues | 6.5 | 4,771.00 |
| 6 | Asset Sales | 114.0 | 94,640.00 |
| 7 | Analysis of Business Plan | 108.7 | 79,238.00 |
| 8 | Valuation and Related Matters | 112.6 | 65,466.00 |
| 9 | Analysis of Employee Comp Programs | 28.7 | 26,925.50 |
| 10 | Analysis of Tax Issues | 19.4 | 18,227.50 |
| 11 | Prepare for and Attend Court Hearings | 51.9 | 47,625.00 |
| 12 | Analysis of SOFAs & SOALs | 55.8 | 33,275.50 |
| 13 | Analysis of Other Miscellaneous Motions | 28.5 | 26,878.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise/Investigations | 167.0 | 124,485.50 |
| 15 | GUC Trust Set-up | 57.4 | 51,107.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 43.8 | 43,355.50 |
| 17 | GUC Claims Due Diligence and Review | 205.3 | 155,779.00 |
| 18 | Negotiation and Settlement of Case Issues | 103.8 | 101,245.50 |
| 19 | Case Management | 15.0 | 11,759.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 49.7 | 43,703.00 |
| 23 | Firm Retention | 22.3 | 17,342.50 |
| 24 | Preparation of Fee Application | 53.5 | 26,564.00 |
| 25 | Travel Time | 14.6 | 15,995.00 |
| | **Subtotal** | **1,324.2** | **$ 1,036,230.00** |
| | Less 50% discount for non-working travel time | | (7,997.50) |
| | **Grand Total** | | **$ 1,028,232.50** |

**EXPENSE SUMMARY**
**DURING THE FINAL APPLICATION PERIOD**
**JANUARY 16, 2020 TO APRIL 20, 2020**

| Expense Type | Amount |
|---|---|
| Lodging | $ 713.40 |
| Transportation | 1,667.59 |
| Working Meals | 580.51 |
| Other | 1,364.25 |
| **Grand Total** | **$ 4,325.75** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter: 11 |
| MELINTA THERAPEUTICS, INC., *et al.*, | Case No. 19-12748 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Obj Deadline: June 25, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: July 7, 2020 at 10:00 a.m. (ET)** |

**FINAL FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE PERIOD OF
<u>JANUARY 16, 2020 THROUGH APRIL 20, 2020</u>**

This final fee application for compensation and reimbursement of expenses (the "Fee Application") is filed by the consulting firm of FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI") requesting payment for services rendered and reimbursement of costs expended as financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors") for the period of January 16, 2020 through April 21, 2020[2] (The "Final Application Period"). In support of this Fee Application, FTI respectfully states as follows:

<u>**Jurisdiction**</u>

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Melinta Therapeutics, Inc. (0364); Cempra Pharmaceuticals, Inc. (5814); CEM-102 Pharmaceuticals, Inc. (4262); Melinta Subsidiary Corp. (9437); Rempex Pharmaceuticals, Inc. (6000); and Targanta Therapeutics Corporation (1077). The address of the Debtors' corporate headquarters is 44 Whippany Road, Suite 280, Morristown, New Jersey 07960.

**Background**

2.        On December 27, 2019 (the "Petition Date"), the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession.

3.        On January 14, 2020, the Office of the United States Trustee held a meeting to appoint the Committee pursuant to section 1102 of the Bankruptcy Code (the "Formation Meeting"). At the Formation Meeting, the Committee selected Porzio, Bromberg & Newman, P.C. and Morris James LLP as its counsel, and on January 16, 2020, the Committee selected FTI Consulting, Inc. as its financial advisor. The Committee consists of the following seven members:

(a) Amplity, Inc.;

(b) bioMeriex, Inc.;

(c) D2 Pharma Consulting LLC;

(d) J. Knipper and Company, Inc.;

(e) Lonza, Ltd.;

(f) TrialCard, Inc.; and

(g) Veeva Systems, Inc.

4.        On February 7, 2020, FTI filed its retention application [Docket No. 267]. On March 12, 2020 the Court entered an order approving the retention of FTI as financial advisor to the Committee effective as of January 16, 2020 (the "Retention Order") [Docket No. 402].

**Relief Requested**

5.        FTI submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Order Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals (the "Administrative Order") [Docket No. 256] and the Retention Order. By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $1,039,349.00 for the Application Period and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $4,325.75 of which $822,586.00 and $4,325.75, respectively, have been paid to date by the Debtors in accordance with the terms of the Administrative Order.

6.      Prior to the filing of this Fee Application, FTI filed monthly fee applications for the period of January 16, 2020 through April 20, 2020 with the Court (the "Monthly Fee Applications"). The Monthly Fee Applications requested payment of professional fees in the aggregate amount of $1,028,232.50 and reimbursement of actual and necessary expenses in the aggregate amount of $4,325.75, of which $822,586.00 and $4,325.75, respectively, have been paid to date by the Debtors in accordance with the Administrative Order.

7.      FTI seeks the allowance of compensation for professional services rendered for and on behalf of the Committee, specifically, FTI seeks an allowance of compensation for actual and necessary professional services rendered in the amount of $1,039,349.00 for the Application Period and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $4,325.75.

8.      Accordingly, by this Fee Application, FTI hereby seeks final approval and allowance of $1,039,349.00 in professional fees for services rendered in connection with its role as financial advisor to the Committee, and reimbursement of actual and necessary expenses of $4,325.75 pursuant to the terms of its engagement approved in the Retention Order. As of the date of this Fee Application, FTI is owed $216,763.00 for professional fees and $0.00 in expenses which have not been paid by the Debtors.

**Summary of Fees**

9.      The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 1,324.2 hours.  Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

10.      Time by each professional and paraprofessional during the Application Period, and a summary of the time incurred by task followed by detailed time entries, is attached hereto as **Exhibit A, Exhibit B,** and **Exhibit C**.

11.      A summary of expenses incurred during the Application Period and related expense detail is attached hereto as **Exhibit D** and **Exhibit E**, respectively.

12.      The following paragraphs describe the primary services rendered by FTI during the Application Period.

*Code 2 – Cash & Liquidity Analysis (59.9 hours)*

13.      During the Application Period, FTI performed detailed analysis and due diligence of the Debtors' cash collateral budget forecast to understand the cash flow profile of the business, the projected liquidity needs as well as potential risks to the variance and minimum liquidity covenants. On a bi-weekly basis, FTI reviewed the Debtors' cash flow variance reports, analyzed the nature of the major cash flow variances and performed due diligence on updated the cash flow forecast to understand the impact on liquidity and other covenants. FTI also provided updates to the Committee upon major revisions of the cash flow forecast.

*Code 6 – Asset Sales (114.0 hours)*

14.      During the Application Period, FTI worked closely with the Debtors' investment banker to pursue a number of potential additional bidders for the post-petition sale process. FTI

monitored the post-petition sale process via weekly calls with the Debtors' investment banker. FTI also prepared dynamic models to assess the required minimum overbid amount and in preparation for contemporaneous comparison of the qualifying bids during a potential auction.

*Code 7 – Analysis of Business Plan (108.7 hours)*

15.    During the Application Period, FTI performed detailed due diligence of the latest business plan projection model and the 2020 budget presentation prepared by the Company and its advisors. FTI analyzed the model and the 2020 budget and participated in a number of calls with the Debtors and their advisors to better understand the key assumptions like revenue drivers as well as the near-term business prospects, which could impact potential bids received and consequently the unsecured creditor recovery.

*Code 8 – Valuation and Related Matters (112.6 hours)*

16.    During the Application Period, FTI performed preliminary indicative solvency and valuation analysis in connection with the Debtors' acquisition of the Infectious Diseases Business ("IDB") from the Medicines Company ("MedCo") in January 2018 as part of litigation support for Counsel.

*Code 12 – Analysis of SOFAs & SOALs (55.8 hours)*

17.    During the Application Period, FTI performed detailed analysis of the Debtors' filed as well as amended Statements of Financial Affairs ("SOFAs") and Schedules of Assets and Liabilities ("SOALs") to understand the nature of the material payments in the year prior to filing as well as assets and claims at each Debtor entity. FTI also prepared a presentation for the Committee to summarize the findings from such analyses.

*Code 14 – Analysis of Claims/Liabilities Subject to Compromise/Investigations (167.0 hours)*

18.    During the Application Period, FTI assisted Counsel in investigating potential causes of actions in connection with MedCo for the January 2018 acquisition of the IDB business

and Vatera for its historical involvement on the Debtors' board and in major business decisions. FTI reviewed the documents produced by the parties and public filings and prepared presentations to summarize key facts to support Counsel's preparation of a litigation memorandum to the Committee.

*Code 15 – GUC Trust Set-up (57.4)*

19.    During the Application Period, FTI and Committee Counsel set up the Melinta GUC Trust pursuant to the GUC Trust Agreement and Plan of Reorganization in preparation for the Effective Date. This included development of a budget, setting up bank accounts, applying for an insurance policy and facilitating transfer of information and data from the Debtors. FTI also held calls with the Debtors' financial advisors and the Debtors to transition and prepare for the Effective Date.

*Code 17 – GUC Claims Due Diligence and Review (205.3)*

20.    During the Application Period, FTI and Committee Counsel commenced review and reconciliation of filed and scheduled GUC claims. FTI worked closely with the Debtors' financial advisors and Counsel to review and analyze the validity and status of filed and scheduled claims to develop a more refined estimate of recovery percentage for GUCs.  FTI also held weekly update calls with the Debtors' financial advisors to follow-up on the status of claims reconciliation process and claims objection strategies. FTI also assisted Counsel with investigating potential causes of actions to increase recoveries for GUC creditors, such as performing preferences analysis and analyzing affirmative actions.

*Code 18 – Negotiation and Settlement of Case Issues (103.8 hours)*

21.    During the Application Period, FTI assisted Counsel and the Committee in finalizing the negotiation of a global settlement term sheet with the Debtors, the pre-petition secured lenders (who are also the stalking horse credit bidders) and major unsecured claimholders

to maximize the recovery to general unsecured creditors in the scenario that the pre-petition secured lenders become the successful bidders to the business. This resulted in a combined $4,000,000.00 funding by the Debtors and Vatera for unsecured creditors' recovery.

*Code 21 – General Meetings with Committee & Committee Counsel (49.7 hours)*

22.     FTI prepared for and participated in conference calls with the Committee and UCC Counsel in order to discuss all pertinent events taking place during the duration of the chapter 11 cases. These calls included discussions with respect to operating results, the Debtors' business plan, the Debtors' liquidity, the general unsecured claims pool, status updates on settlement negotiations on various case issues. In preparation for these calls, FTI prepared memos and reports addressing the aforementioned topics that were distributed to the Committee.

**Actual and Necessary Costs and Expenses Incurred**

23.     Reimbursement of expenses in the amount of $4,325.75 incurred during the Final Application Period.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

24.     In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each professional, and a summary of hours and fees categorized by project code are attached. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2 and the Retention Order.

25.     FTI submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of the Bankruptcy Code and Bankruptcy Rules.

26.     No agreement or understanding exists between FTI and any other entity (other than shareholders or employees of FTI) for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

**Notice**

27.     Notice of this Application has been given to (i) the Office of the United States Trustee; (ii) Skadden, Arps, Slate, Meagher & Flom LLP as counsel to the Debtors; (iii) Porzio, Bromberg & Newman P.C. as counsel to the Committee, and (iv) all parties having filed requests for notice in these chapter 11 cases.

WHEREFORE, FTI respectfully requests an award of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $1,039,349.00 for the Application Period, together with the reimbursement of expenses in the amount of $4,325.75 pursuant to the Administrative Order; and such other and further relief that the Court deems just and proper.

Dated: June 4, 2020                                         FTI CONSULTING, INC

By: /s/ *Conor P. Tully*

Conor P. Tully
Three Times Square
New York, NY 10036
Telephone: 212-841-9335
E-mail: Conor.Tully@fticonsulting.com

Financial Advisors to the Official
Committee of Unsecured Creditors of
MELINTA THERAPEUTICS, INC., *et al.*

## VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Conor P. Tully, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.      I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI").  FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2.      I have read the foregoing application of FTI for compensation and reimbursement of expenses (the "Fee Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: June 4, 2020                    FTI CONSULTING, INC

By: /s/ *Conor P. Tully*

Conor P. Tully
Three Times Square
New York, NY 10036
Telephone: 212-841-9335
E-mail: Conor.Tully@fticonsulting.com

Financial Advisors to the Official
Committee of Unsecured Creditors of
MELINTA THERAPEUTICS, INC.,
ET AL.